```
Tue Feb 20 15:22:54 2007

    UNITED STATES DISTRICT COURT

    DENVER          , CO

Receipt No.    100 274577
Cashier         stacie

Check Number:   4875

DO Code    Div No
 4613        1

Sub Acct Type Tender      Amount
1:510000  N     2         190.00
2:086900  N     2          60.00
3:086400  N     2         100.00

Total Amount         $    350.00

FROM KILLMER, LANE & NEWMAN

07-CV-00355, NEW COMPLAINT, SG
```