UNITED STATES DISTRICT COURT
for the DISTRICT OF COLORADO
Civil Action Number: 07-CV-00355

---

LOREE McCORMICK-RICE,
CASSIDY RICE, through her next friend Loree McCormick-Rice,

                                                       Plaintiff(s),

vs

CHARLES DESHAZER, in his official and individual capacity,
DILLON COMPANIES, INC. d/b/a KING SOOPERS, INC., a Kansas corporation, and
EARNEST SANDS,

                                                       Defendant(s).

---

**RETURN OF SERVICE ON DILLON COMPANIES, INC. d/b/a KING SOOPERS, INC.**

---

      I, Jeremy J. Romero, being duly sworn, say: that I am over the age of eighteen years and I am not a party to this action and that I duly service a true and correct copy of the Summons, together with the Complaint attached thereto, to the Defendant, DILLON COMPANIES, INC. d/b/a KING SOOPERS, INC., by leaving in the presence of PAMELA TRUJILLO, Process Clerk for the CORPORATION SERVICE COMPANY, the Registered Agent for DILLON COMPANIES, INC. d/b/a KING SOOPERS, INC., at 1560 Broadway, Suite 2090, in the City and County of Denver, State of Colorado, on the 19th day of March, 2007, at 11:30am.  Pamela Trujillo being over the age of eighteen years.


STATE OF COLORADO    )
                               )ss.    Jeremy J. Romero
COUNTY OF ARAPAHOE  )      Private Process Server

Subscribed and sworn to before me this 21st day of March, 2007.
My commission expires November 15, 2008.

                                                  Notary Public       Deborha G. Tafoya

Fees $32.55

