UNITED STATES DISTRICT COURT
for the DISTRICT OF COLORADO
Civil Action Number: 07-CV-00355

---

**LOREE McCORMICK-RICE,**
**CASSIDY RICE, through her next friend Loree McCormick-Rice,**

                    Plaintiff(s),

vs

**CHARLES DESHAZER, in his official and individual capacity,**
**DILLON COMPANIES, INC. d/b/a KING SOOPERS, INC., a Kansas corporation, and**
**EARNEST SANDS,**

                    Defendant(s).

---

### RETURN OF SERVICE ON EARNEST SANDS

---

      I, Deborha G. Tafoya, being duly sworn, say: that I am over the age of eighteen years and I am not a party to this action and that I duly service a true and correct copy of the Summons, together with the Complaint attached thereto, to the Defendant, EARNEST SANDS by handing and delivering to EARNEST SANDS, personally, at his usual place of business, at 15250 East Mississippi Avenue, in the City of Aurora, County of Arapahoe, State of Colorado, on the 20th day of March, 2007, at 10:36am. Earnest Sands being over the age of eighteen years.


STATE OF COLORADO    )
                             )ss.    Deborha G. Tafoya
COUNTY OF ARAPAHOE  )     Private Process Server

Subscribed and sworn to before me this 21st day of March, 2007.
My commission expires October 12, 2008.

                                                 Notary Public      Jessica M. Romero

Fees $36.75

*[Notary seal: JESSICA M. ROMERO, NOTARY PUBLIC, STATE OF COLORADO]*