**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-00355-RPM-MEH

LOREE McCORMICK-RICE,
CASSIDY RICE, through her next friend Loree McCormick-Rice,

    Plaintiffs,

v.

CHARLES DESHAZER, in his official and individual capacity,
DILLON COMPANIES, INC. d/b/a KING SOOPERS, INC., a Kansas corporation, and
EARNEST SANDS,

    Defendants.

---

**ANSWER TO ERNIE SANDS COUNTERCLAIM**

---

Plaintiffs Loree McCormick-Rice and Cassidy Rice, by and through their attorneys, David A. Lane and Elizabeth Hunt-White of KILLMER, LANE & NEWMAN, LLP, hereby files the following ANSWER TO ERNIE SANDS COUNTERCLAIM, as follows:

1. Admitted

2. Denied

3. Denied

4. Denied

5. Denied

6. Denied.

**AFFIRMATIVE DEFENSES**

7. Sands' claims are barred or reduced by his own actions.

8. Sands' claims are barred as McCormick-Rice acted in good faith and complied with all laws, ordinances, policies, practices and procedures required of her.

9. McCormick-Rice was availing herself of her First Amendment right to free speech in making any comments she made.

10. Sands has failed to mitigate his damages.

11. Sands claim is frivolous and groudless.

12. Sands claim is barred by the doctrine of unclean hands.

13. McCormick-Rice adopts each and every allegation in every paragraph of her Complaint in this matter.

WHEREFORE, Loree McComick-Rice having answered the Counterclaim in its entirety, requests that this Court enter an order dismissing all claims and awarding her attorney fees, expert witness fees, costs and such other further relief as this Court deems just and proper.

LOREE MCCORMICK-RICE DEMANDS A JURY TRIAL ON THE COUNTERCLAIM

Respectfully submitted,

KILLMER, LANE & NEWMAN, LLP

s/ David A. Lane

_____
David A. Lane
KILLMER, LANE & NEWMAN, LLP
1543 Champa Street, Suite 400
Denver, CO 80202
Attorneys for Plaintiff
(303) 571-1000
dlane@killmerlane.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on, May 30, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

- Stephen R. Higgins; shiggins@wsteele.com

- Peter Morales; pmorales@auroragov.org

- David R. Osborne; drosborne@handf.com