IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00355-RPM-MEH

LOREE McCORMICK-RICE,
CASSIDY RICE, through her next friend Loree McCormick-Rice,

    Plaintiffs,

v.

CHARLES DESHAZER, in his official and individual capacity,
DILLON COMPANIES, INC. d/b/a KING SOOPERS, INC., a Kansas corporation, and
EARNEST SANDS,

    Defendants.

_____

UNOPPOSED MOTION TO APPEAR TELEPHONICALLY
AT SCHEDULING CONFERNCE
_____

    Plaintiffs Loree McCormick-Rice and Cassidy Rice, by and through their attorneys, David A. Lane and Elizabeth Hunt-White of KILLMER, LANE & NEWMAN, LLP, hereby files the following UNOPPOSED MOTION TO APPEAR TELEPHONICALLY AT SCHEDULING CONFERENCE.  The grounds for this motion are set forth fully herein:

    1. A scheduling conference is currently set in this case for July 10, 2007 at 11:00 a.m.

    2. Undersigned counsel is currently CJA appointed counsel in a federal death penalty case in Detroit, Michigan, captioned *United States v. Ronald Henderson*, CR. NO. 06-20335, pending in the Eastern District of Michigan, Honorable Judge Tarnow presiding.

    3. This is a multi-defendant death penalty case involving approximately eight

defense attorneys and three Assistant United States Attorneys prosecuting.

4. Judge Tarnow, without notice to undersigned counsel, set a hearing in Detroit for July 10, at 11:00 a.m. EDT. It is expected that the hearing in Detroit should take no more than one hour, thus making undersigned counsel available for a hearing via telephone before this Court at 11:00 MDT.

5. It is undersigned counsel's desire to participate in the scheduling hearing in this case and it is respectfully requested that a telephonic appearance be permitted.

6. Undersigned counsel has conferred with opposing counsel pursuant to Local Rule 7.1 and has heard no opposition from anyone.

WHEREFORE, it is respectfully requested that this Court grant this motion and for such other further relief as this Court deems just and proper.

Respectfully submitted,

KILLMER, LANE & NEWMAN, LLP

s/ David A. Lane

_____
David A. Lane
KILLMER, LANE & NEWMAN, LLP
1543 Champa Street, Suite 400
Denver, CO 80202
Attorneys for Plaintiff
(303) 571-1000
dlane@killmerlane.com

### CERTIFICATE OF SERVICE

I hereby certify that on, July 3, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

- Stephen R. Higgins; shiggins@wsteele.com

- Peter Morales; pmorales@auroragov.org

- David R. Osborne; drosborne@handf.com