# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00355-RPM-MEH

LOREE McCORMICK-RICE,
CASSIDY RICE, through her next friend Loree McCormick-Rice,

    Plaintiffs,

v.

CHARLES DESHAZER, in his official and individual capacity,
DILLON COMPANIES, INC. d/b/a KING SOOPERS, INC., a Kansas corporation, and
EARNEST SANDS,

    Defendants.

---

## ORDER
---

THIS COURT, being fully advised in the premises, hereby ORDERS:

David A. Lane, counsel for the Plaintiffs, may appear telephonically at the scheduling conference currently set for July 10, 2007, at 11:00 a.m.

IT IS SO ORDERED by the Court on this the ___ day of July, 2007.

_____
RICHARD P. MATSCH
JUDGE OF THE DISTRICT COURT