# Exhibit A

AO110 (Rev. 12/89) Subpoena to Testify Before Grand Jury

# UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

06-2

**TO:**

Aurora Police Department
Chief Daniel Oates or Representative
15001 East Alameda Parkway
Aurora, CO 80012

**SUBPOENA TO TESTIFY BEFORE GRAND JURY**

SUBPOENA FOR:
☐ PERSON   ☒ DOCUMENT(S) OR OBJECT(S)

**YOU ARE HEREBY COMMANDED** to appear and testify before the Grand Jury of the United States District Court at the place, date, and time specified below.

| PLACE | Byron Rogers Federal Office Building<br>1929 Stout Street<br>Denver, CO 80294 | COURTROOM<br>Grand Jury Room - 510 |
|---|---|---|
| | | DATE AND TIME<br>June 18, 2007, 8:30am |

**YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):*

See Attachment

☐ *Please see additional information on reverse.*

This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| CLERK<br>GREGORY C. LANGHAM, CLERK<br><br>(By) Deputy Clerk<br>[signature] | DATE<br><br>May 15, 2007 |
|---|---|
| This subpoena is issued on application of the United States of America | NAME, ADDRESS AND PHONE NUMBER OF ASSISTANT U.S. ATTORNEY<br>Cyra O'Daniel, Dept. of Justice Attorney<br>1225-17th Street, Suite 700, Denver, Colorado 80202<br>Telephone No. (303) 454-0100          #07-0820 |

* If not applicable, enter "none".

Grand Jury Subpoena directed to the Aurora Police Department, Chief of Police Daniel Oates, for information regarding Officer Charles DeShazer.

1. All paperwork, files, documents, memoranda, reports and other writings related to the encounter with and arrest of Loree McCormick-Rice (McCormick-Rice) and Cassidy Rice (Rice), on 06/17/2006 by Aurora Police Department, including but not limited to arrest reports, booking paperwork, dictations, use of force report, and injury reports.

2. All jail records and logs for 06/17/2006 pertaining to McCormick-Rice and Rice.

3. All audiotapes, transcripts, and printouts of police communications involving any employees of the Aurora Police Department which pertain to the 06/17/2006 encounter with McCormick-Rice and Rice.

4. All printouts of e-mail communications involving any employees of the Aurora Police Department pertaining to the 06/17/2006 encounter with McCormick-Rice and Rice.

5. All videotapes from any video camera operating in the Aurora Police Department vehicles or in any area of the Aurora Police Department, including but not limited to the public entrance, the sally port, the booking area, and the jail, which pertains to the 06/17/2006 encounter with McCormick-Rice and Rice.

6. All personnel files, including but not limited to, applications for employment, medical forms, evaluations, performance reviews, personal and professional references, commendations, awards, complaints, disciplinary and adverse actions, tests, reviews, promotions, certifications, correspondence, memoranda, and any other written documents pertaining to Officer Charles DeShazer.

7. All training records, including but not limited to, initial training, proficiency tests, examinations, scores, curricula, continuing training or education, and other documents pertaining to Officer Charles DeShazer.

8. All internal affairs, administrative, and/or criminal investigative files, including any and all compelled statements of whatsoever kind, made for Officer Charles DeShazer, including but not limited to any such investigative files related to the 06/17/2006 encounter with McCormick-Rice and Rice. All documents identified as possible Garrity Material should be sealed in an envelope and marked as such.

9. All rules, regulations, policies, and other written directives of the Aurora Police Department regarding the use of force by a police officer of the Aurora Police Department, the preparation of incident reports and use of force reports, and disciplinary procedures and consequences which may result from the violation of such rules, regulations, policies, or written directives.

10. All rules, regulations, policies, and other written directives of the Aurora Police Department regarding off-duty employment, including but not limited to information concerning the oversight of such off-duty employment by the Aurora Police Department.

11. All police radio transmissions and transcripts pertaining to the encounter with McCormick-Rice and Rice on 06/17/2006.

12. All physical evidence which is in the possession, custody, or control of the Aurora Police Department, including Internal Affairs, related to or obtained in the course of the 06/17/2006 encounter with McCormick-Rice and Rice.

13. All photographs taken of McCormick-Rice and/or Rice while at the Aurora Police Department on 06/17/2006 or 06/18/2006.

14. Identification of all on-duty Aurora Police Department Officers involved in any way in the encounter with McCormick-Rice and Rice on 06/17/2006.