IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00355-RPM
_____

LOREE McCORMICK-RICE,
CASSIDY RICE, through her next friend, Loree McCormick-Rice,

Plaintiffs,

v.

CHARLES DESHAZER, in his official and individual capacity,
DILLON COMPANIES, INC. d/b/a/ KING SOOPERS, INC., a Kansas corporation, and
EARNEST SANDS

Defendants.
_____

*ORDER*
_____

THIS MATTER comes on upon Defendant's Motion Seeking a Stay of Discovery and Protective Order and Memorandum Brief in Support Thereof, and the Court has reviewed the Motion and Brief, and being fully advised in the premises:

HEREBY ORDERS THAT:

Defendant's Motion Seeking a Stay of Discovery and Protective Order and Memorandum Brief in Support Thereof be and hereby is granted.

**DATED** this _____ day of _____ 2007.

**BY THE COURT:**

_____
Richard P. Matsch, Senior District Judge