# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00355-RPM-MEH

LOREE McCORMICK-RICE,
CASSIDY RICE, through her next friend Loree McCormick-Rice,

    Plaintiffs,

v.

CHARLES DESHAZER, in his official and individual capacity,
DILLON COMPANIES, INC. d/b/a KING SOOPERS, INC., a Kansas corporation, and
EARNEST SANDS,

    Defendants.

_____

## ENTRY OF APPEARANCE
_____

    Elisabeth Hunt White, Esq. of the law firm of KILLMER LANE & NEWMAN, LLP, an attorney in good standing and licensed to practice before this honorable court, hereby enters her appearance as counsel for Plaintiffs.

    Respectfully submitted this 5th day of July, 2007.

                                        s/ Elisabeth Hunt White

                                        Elisabeth Hunt White
                                        1543 Champa St., Suite 400
                                        Denver, Colorado 80202
                                        (303) 571-1000
                                        Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of July, 2007, a true and correct copy of the foregoing, ENTRY OF APPEARANCE, was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Peter R. Morales
pmorales@auroragov.org

David R. Osborne
drosborne@handf.com; tmoore@handf.com

Stephen Higgins
shiggins@wsteele.com

Jonathan Streelman
jstreelman@wsteele.com

                                                         s/ Heather S. Magga
                                                      _____