**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-00355-RPM-MEH

LOREE McCORMICK-RICE,
CASSIDY RICE, through her next friend Loree McCormick-Rice,

    Plaintiffs,

v.

CHARLES DESHAZER, in his official and individual capacity,
DILLON COMPANIES, INC. d/b/a KING SOOPERS, INC., a Kansas corporation, and
EARNEST SANDS,

    Defendants.

_____

**MOTION TO CONTINUE JULY 10, 2007 SCHEDULING CONFERENCE**
_____

    Plaintiffs, by and through their counsel, David A. Lane and Elisabeth Hunt White of the law firm of KILLMER, LANE, & NEWMAN LLP, hereby file the following Motion to Continue July 10, 2007 Scheduling Conference. As grounds for their motion, the parties state the following:

1. Pursuant to this Court's Order of May 16, 2007, a Scheduling Conference is to be held on July 10, 2007, and the proposed Scheduling Order and Confidential Settlement Statement submitted by July 3, 2007.

2. Undersigned counsel is CJA appointed in a multi-defendant federal death penalty case captioned *United States of America v. Ronald Henderson*, Criminal case no. 06-20335, currently pending in the United States District Court for the Eastern District of Michigan Southern Division.

3. Due to the complex nature of that matter and the large number of attorneys involved the Court in Detroit set a hearing in this matter without consulting with any counsel regarding their calendars. A hearing is set for July 10, 2007 at 11:00 a.m. EDT in Detroit.

4. Accordingly, counsel respectfully requests that the July 10, 2007 Scheduling Conference be vacated and reset for July 30, 2007 at 2:00 pm, a date and time which has been cleared with this Court and opposing counsel.

WHEREFORE, it is respectfully requested that this Court grant this motion and for any other relief that this Court deems just and proper.

Respectfully submitted this 9th day of July, 2007.


s/ David A. Lane

David A. Lane, Esq.
Elisabeth Hunt White, Esq.
1543 Champa St., Suite 400
Denver, Colorado 80202
(303) 571-1000
*Attorneys for Plaintiffs*


**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of July, 2007, a true and correct copy of the foregoing, MOTION TO CONTINUE JULY 10, 2007 SCHEDULING CONFERENCE, was mailed, electronically, to the following:

Peter R. Morales
Aurora City Attorney's Office
15151 E Alameda Pkwy., Suite 5300
Aurora, CO  80012
pmorales@auroragov.org
*Counsel for Defendant Charles Deshazer in his "official capacity"*

David R. Osborne
Hamilton & Faatz, PC

1600 Broadway, Suite 500
Denver, CO  80202
drosborne@handf.com; tmoore@handf.com
*Counsel for Defendant Charles Deshazer in his "individual capacity"*

Jonathan Streelman
Stephen Higgins
White & Steele, PC
950 17th Street, Suite 2100
Denver, CO 80202
#303-824-4402
jstreelman@wsteele.com
shiggins@wsteele.com
*Counsel for Defendants Dillon Companies, Inc. d/b/a King Soopers, Inc. and* Earnest Sands

                                                s/ Heather S. Magga
                                            _____