## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00355-RPM-MEH

LOREE McCORMICK-RICE,
CASSIDY RICE, through her next friend Loree McCormick-Rice,

      Plaintiffs,

v.

CHARLES DESHAZER, in his official and individual capacity,
DILLON COMPANIES, INC. d/b/a KING SOOPERS, INC., a Kansas corporation, and
EARNEST SANDS,

      Defendants.

_____

## NOTICE
_____

Plaintiffs, by and through their counsel, David A. Lane and Elisabeth Hunt White of the law firm of KILLMER, LANE, & NEWMAN LLP, hereby file the following NOTICE.  As grounds for their notice, the parties state the following:

1.    Plaintiffs filed an UNOPPOSED MOTION TO CONTINUE THE JULY 10, 2007 SCHEUDLING CONFERENCE, document number [15].

2.    Plaintiffs' request that August 30, 2007 be substituted for the July 30, 2007 date proposed in document number [15], as Plaintiffs mistakenly proposed the wrong month in the original motion.

3.    Accordingly, counsel respectfully requests that August 30, 2007 be substituted for the July 30, 2007 date proposed in document number [15].  August 30, 2007 at 2:00 pm is a date and time which has been cleared with this Court and opposing counsel.

WHEREFORE, it is respectfully requested that this Court grant this notice and for any other relief that this Court deems just and proper.

Respectfully submitted this 9th day of July, 2007.


s/ David A. Lane
_____
David A. Lane, Esq.
Elisabeth Hunt White, Esq.
1543 Champa St., Suite 400
Denver, Colorado 80202
(303) 571-1000
*Attorneys for Plaintiffs*


## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of July, 2007, a true and correct copy of the foregoing, **NOTICE,** was mailed, electronically, to the following:

Peter R. Morales
Aurora City Attorney's Office
15151 E Alameda Pkwy., Suite 5300
Aurora, CO  80012
pmorales@auroragov.org
*Counsel for Defendant Charles Deshazer in his "official capacity"*

David R. Osborne
Hamilton & Faatz, PC
1600 Broadway, Suite 500
Denver, CO  80202
drosborne@handf.com; tmoore@handf.com
*Counsel for Defendant Charles Deshazer in his "individual capacity"*

Jonathan Streelman
Stephen Higgins
White & Steele, PC
950 17th Street, Suite 2100
Denver, CO 80202
#303-824-4402
jstreelman@wsteele.com
shiggins@wsteele.com
*Counsel for Defendants Dillon Companies, Inc. d/b/a King Soopers, Inc. and* Earnest Sands

s/ Heather S. Magga
_____