IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00355-RPM

_____

LOREE McCORMICK-RICE,
CASSIDY RICE, through her next friend, Loree McCormick-Rice,

Plaintiffs,

v.

CHARLES DESHAZER, in his official and individual capacity,
DILLON COMPANIES, INC. d/b/a/ KING SOOPERS, INC., a Kansas corporation, and
EARNEST SANDS

Defendants.

_____

### *MOTION FOR ENTRY OF STIPULATION AND PROTECTIVE ORDER*

_____

Plaintiffs **LOREE MCCORMICK-RICE AND CASSIDY RICE,** by their attorney, **DAVID A. LANE** of **KILLMER, LANE & NEWMAN, LLP**, and Defendant **CHARLES DESHAZER**, by his attorneys, **PETER MORALES** of the **AURORA CITY ATTORNEY'S OFFICE**, and David R. Osborne of the law firm of **HAMILTON AND FAATZ**, **A PROFESSIONAL CORPORATION**, and Defendants **DILLON COMPANIES, INC. d/b/a KING SOOPERS, INC.**, and **EARNEST SANDS** by their attorney, **STEPHEN R. HIGGINS** of the law firm of **WHITE AND STEELE, P.C.**, and pursuant to Fed.R.Civ.P. 26(c), hereby move the Court to enter the attached Stipulation and Protective Order, which has been agreed to and fully executed by all parties, and which is incorporated by reference as fully set forth herein.

Respectfully submitted this 18th day of July, 2007.

KILLMER, LANE & NEWMAN, LLP

s/ David A. Lane
David A. Lane
1543 Champa Street, Suite 400
Denver, Colorado  80012
Telephone:  (303) 571-1000
E-mail:  dlane@killmerlane.com
ATTORNEYS FOR PLAINTIFF

s/ Peter Morales
Peter Morales
Office of the City Attorney
Aurora Municipal Center, Suite 5300
15151 East Alameda Parkway
Aurora, Colorado  80012
Telephone:  (303) 739-7030
Facsimile:  (303) 739-7042
E-mail:  pmorales@auroragov.org
ATTORNEY FOR CHARLES DESHAZER

s/ David R. Osborne
David R. Osborne
Hamilton and Faatz
A Professional Corporation
1600 Broadway, Suite 500
Denver, Colorado 80202
Telephone: (303) 830-0500
Facsimile: (303) 860-7855
E-mail: drosborne@handf.com
ATTORNEY FOR CHARLES DESHAZER

s/ Stephen R. Higgins_____
Stephen R. Higgins
WHITE AND STEELE, P.C.
950 17th Street, Suite 2100
Denver, Colorado 80202
Telephone: (303) 296-2828
Facsimile: (303) 296-3131
E-mail: shiggins@wsteele.com
ATTORNEY FOR DILLON COMPANIES,
INC. AND EARNEST SANDS


### *CERTIFICATE OF SERVICE*

I hereby certify that on July 18, 2007, I electronically filed the foregoing Motion for Entry of Stipulation and Protective Order using the CM/ECF system which will send notification of such filing to the following email:

David Arthur Lane, Esq.
dlane@killmerlane.com

Stephen R. Higgins, Esq.
shiggins@wsteele.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

NONE

s/ David R. Osborne_____