IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00355-RPM

---

LOREE McCORMICK-RICE,
CASSIDY RICE, through her next friend, Loree McCormick-Rice,

Plaintiffs,

v.

CHARLES DESHAZER, in his official and individual capacity,
DILLON COMPANIES, INC. d/b/a/ KING SOOPERS, INC., a Kansas corporation, and
EARNEST SANDS

Defendants.

---

### *ENTRY OF APPEARANCE*

---

COMES NOW, Peter Ruben Morales of the City of Aurora, City Attorney's Office and hereby enters his appearance as counsel on behalf of Defendant, City of Aurora and Charles DeShazer (official capacity).

Dated this 18th day of July, 2007.

                                                   Respectfully submitted,

                                                 s/ Peter Ruben Morales_____
                                                 Peter Ruben Morales (14673)
                                                 Office of the City Attorney
                                                 Aurora Municipal Center, Suite 5300
                                                 15151 East Alameda Parkway
                                                 Aurora, Colorado  80012
                                                 Telephone:  (303) 739-7030
                                                 Facsimile:  (303) 739-7042
                                                 E-mail:  pmorales@auroragov.org
                                                 ATTORNEY FOR CHARLES DESHAZER

### *CERTIFICATE OF SERVICE*

I hereby certify that on July 18, 2007, I electronically filed the foregoing Entry of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email:

David Arthur Lane, Esq.
dlane@killmerlane.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

NONE

                                              s/ Maxine Gallegos
                                              Maxine Gallegos