IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-00355-RPM

LOREE MCCORMICK-RICE,
CASSIDY RICE, through her next friend Loree McCormick-Rice,

    Plaintiffs,

vs.

CHARLES DESHAZER, in his official and individual capacity,
DILLON COMPANIES, INC., d/b/a KING SOOPERS, INC.,
a Kansas corporations and
EARNEST SANDS,

    Defendants.

---

## ORDER DENYING MOTION FOR STAY OF DISCOVERY

    On July 3, 2007, Defendant Charles Deshazer filed a motion seeking a stay of discovery and protective order, asking that all discovery with respect to him in this civil action be stayed because of a criminal investigation which may involve him as a subject of inquiry.  The relief requested is too broad and not necessary for the protection of Defendant Deshazer's privilege under the Fifth Amendment to the United States Constitution.  That privilege is not applicable to all discovery with respect to the claims against him in this case and it may be invoked selectively as may be appropriate.  It is

    ORDERED that the motion to stay discovery with respect to Defendant Charles Deshazer is denied.

    Dated: July 24th, 2007

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge