**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-CV-00355-RPM-MEH

LOREE McCORMICK-RICE,
CASSIDY RICE, through her next friend Loree McCormick-Rice,

        Plaintiffs,

   v.

CHARLES DESHAZER, in his official and individual capacity,
DILLON COMPANIES, INC., d/b/a KING SOOPERS, INC.,
a Kansas corporation, and ERNIE SANDS,

        Defendants.

---

**ENTRY OF APPEARANCE OF JAMES M. MESECK, ESQ.**

---

COMES NOW James M. Meseck of the law firm of White and Steele, P.C., and enters his appearance as counsel for Defendants Dillon Companies Inc. and Ernie Sands.

Respectfully submitted this 27th day of August, 2007.

                                              s/James M. Meseck,
                                              James M. Meseck
                                              WHITE AND STEELE, P.C.
                                              950 17th Street, Suite 2100
                                              Denver, Colorado  80202
                                              (303) 296-2828
                                              Fax:  (303) 296-3131
                                              jmeseck@wsteele.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 27th day of August 2007, a true and correct copy of the **ENTRY OF APPEARANCE OF JAMES M. MESECK, ESQ.** was electronically filed via CM/ECF, sending notification of such filing to the following:

Peter Ruben Morales
Office of the City Attorney
Aurora Municipal Center, Suite 5300
15151 East Alameda Parkway
Aurora, Colorado 80012

David Arthur Lane
Elizabeth Hunt White
Killmer, Lane & Newman, LLP
1543 Champa Street, Suite 400
Denver, Colorado 80202

David R. Osborne
Hamilton & Faatz, P.C.
1600 Broadway, Suite 500
Denver, Colorado 80202

By:  s/James M. Meseck