**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                August 27, 2007
Courtroom Deputy:    Bernique Abiakam
ECR Technician:      Kathy Terasaki

___

Civil Action No. 07-cv-00355-RPM

LOREE MCCORMICK-RICE, and
CASSIDY RICE,                                            David A. Lane

    Plaintiffs,

v.

CHARLES DESHAZER,                                        Peter R. Morales
DILLON COMPANIES, INC., d/b/a KING SOOPER, INC.,         David R. Osborne
and, EARNEST SANDS,                                      James Meseck

    Defendants.

___

## COURTROOM MINUTES
___

**Rule 16 Conference**

**3:57 p.m.       Court in session.**

Counsel present.

Court's preliminary remarks.

Review of Proposed Scheduling Order.

Discussion regarding additional parties to the case.

Discussion regarding Defamation Claim (Counterclaim).

Discussion regarding video evidence and recordings.

Further Questions by the Court.

**ORDERED:   Counsel shall submit a Revised Scheduling Order on or before September 10, 2007.**

4:25 p.m.       Court in Recess.
Hearing concluded.  Total time in court: 28 minutes.