IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00355-RPM

---

LOREE McCORMICK-RICE,
CASSIDY RICE, through her next friend, Loree McCormick-Rice,

Plaintiffs,

v.

CHARLES DESHAZER, in his official and individual capacity,
DILLON COMPANIES, INC. d/b/a/ KING SOOPERS, INC., a Kansas corporation, and
EARNEST SANDS

Defendants.

---

### *ENTRY OF APPEARANCE*

---

COMES NOW, Charles H. Richardson, City of Aurora, City Attorney's Office, and hereby enters his appearance for and on behalf of Defendant City of Aurora and Charles Deshazer (official capacity).

Dated: October 11, 2007.

                                                          Respectfully submitted,

                                                          *s/Charles H. Richardson*
                                                          Charles H. Richardson (#7934)
                                                          Office of the City Attorney
                                                          Aurora Municipal Center, Suite 5300
                                                          15151 East Alameda Parkway
                                                          Aurora, Colorado  80012
                                                          Telephone:  (303) 739-7030
                                                          Facsimile:  (303) 739-7042
                                                          E-mail:  crichard@auroragov.org
                                                          ATTORNEY FOR CITY OF AURORA

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2007, I electronically filed the foregoing Entry of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email:

David Arthur Lane, Esq.
dlane@killmerlane.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

NONE

*s/ Maxine Gallegos*
Maxine Gallegos