## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00355-RPM

___

LOREE McCORMICK-RICE,
CASSIDY RICE, through her next friend, Loree McCormick-Rice,

Plaintiffs,

v.

Charles DeShazer in his official and individual capacity,
DILLON COMPANIES, INC. d/b/a KING SOOPERS, INC., a Kansas corporation, and
EARNEST SANDS

Defendants.

___

### DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER
___

COMES NOW, Defendant Charles Deshazer, by and through his (official capacity) counsel of record, Charles H. Richardson and Peter Ruben Morales of the Aurora City Attorney's Office, and by and through his (individual capacity) counsel of record, David R. Osborne of Hamilton & Faatz, P.C., and Defendants Dillon Companies, Inc., and Earnest Sands, by and through their counsel of record, Stephen R. Higgins of White and Steele, P.C., and hereby submit their Stipulated Motion to Modify Scheduling Order.  The grounds for this Motion are as follows:

1. The Scheduling Order (Docket No. 28) in the above-captioned matter indicates at Section 7 (d), Case Plan and Schedule, that the expert witness disclosure deadline is January 5, 2008.

2. Defendants contemplate retaining two experts in the above-captioned matter and

have already contacted and retained the same.

3. Although these experts have been contacted and retained there is insufficient time between now and January 5, 2008, the aforementioned expert witness disclosure deadline, to prepare their reports in accordance with the deadline.

4. Defendants request the Court to modify the present deadline so that Defendants may file their Designation of Expert Witnesses and Expert Reports up to and including January 30, 2008.

5. Peter Morales, Counsel for Defendant Deshazer, (official capacity) has pursuant to the requirements of D.C.COLO.LCivR 7.1 A, Duty to Confer, contacted Plaintiffs' Counsel and learned that he has no objection to the proposed modification of the expert witness deadline.

6. Accordingly, Defendants request that the Scheduling Order be modified to reflect an expert witness disclosure deadline of up to and including January 30, 2008.

WHEREFORE, Defendants request that this Honorable Court issue an Order (attached hereto) modifying the Scheduling Order to reflect an expert witness disclosure deadline of January 30, 2008.

Submitted this 4th day of January 2008.

Respectfully submitted,

**HAMILTON & FAATZ, P.C.**

*s/David Osborne*
David R. Osborne
1600 Broadway, Suite 500
Denver, Colorado 80202-4905
Telephone:  (303) 830-0500
Facsimile:   (303) 860-7855

drosborne@handf.com

*Attorney for Defendant Deshazer*

**AURORA CITY ATTORNEY'S OFFICE**

*s/Peter Ruben Morales*
Charles H. Richardson
Peter Ruben Morales
15151 E. Alameda Parkway, 5th Floor
Aurora, Colorado 80012
Telephone:  (303) 739-7030
Facsimile: (303) 739-7042
pmorales@auroragov.org

*Attorney for Defendant Deshazer*

**WHITE AND STEELE,  P.C.**

*s/ Stephen Higgins*
Stephen R. Higgins
950 17th Street, Suite 2100
Denver, CO 80202-2804
Telephone:  (303) 296-2828
Facsimile:  (303) 296-3131
shiggins@wsteele.com

*Attorney for Dillon Companies and Defendant Sands*

## *CERTIFICATE OF SERVICE*

      I hereby certify that on the 4th day of January, 2008, I electronically filed the foregoing **DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER**, using the CM/ECF system which will send notification of such filing to the following email:

David Arthur Lane, Esq.
dlane@killmerlane.com

                                                *s/ David R. Osborne*