**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-00355-RPM

_____

LOREE McCORMICK-RICE,
CASSIDY RICE, through her next friend, Loree McCormick-Rice,

Plaintiffs,

v.

Charles DeShazer in his official and individual capacity,
DILLON COMPANIES, INC. d/b/a KING SOOPERS, INC., a Kansas corporation, and
EARNEST SANDS

Defendants.

_____

**ORDER**

_____

THE COURT, being advised in the premises of the Defendants' Motion to Modify

Scheduling Order, finds that there is good cause for the requested modification and orders that

the Expert Witness Disclosure Deadline be modified up to and including January 30, 2008.


_____
Judge