IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00355-RPM

LOREE MCCORMICK-RICE,
CASSIDY RICE, through her next friend Loree McCormick-Rice,

    Plaintiffs,

vs.

CHARLES DESHAZER, in his official and individual capacity,
DILLON COMPANIES, INC., d/b/a KING SOOPERS, INC.,
a Kansas corporations and
EARNEST SANDS,

    Defendants.

---

ORDER DENYING DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER

---

    A scheduling order was entered in this matter on September 12, 2007. In that order, the parties agreed to January 5, 2008, as the time for expert witness disclosure. On January 4, 2008, the defendants filed a motion to modify the scheduling order to extend the expert witness disclosure deadline to January 30, 2008. The motion does not identify who the defendants have retained as expert witnesses and does not identify the subject matter on which opinion testimony may be admissible. Notably, the defendants did not identify any field of expert testimony in the scheduling order. For these reasons, it is

    ORDERED that the motion to modify scheduling order is denied.

    DATED: January 7th, 2008

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior District Judge