**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-00355-RPM
_____

LOREE McCORMICK-RICE,
CASSIDY RICE, through her next friend, Loree McCormick-Rice,

Plaintiffs,

v.

Charles DeShazer in his official and individual capacity,
DILLON COMPANIES, INC. d/b/a KING SOOPERS, INC., a Kansas corporation, and
EARNEST SANDS

Defendants.
_____

**DEFENDANTS' AMENDED MOTION TO MODIFY SCHEDULING ORDER**
_____

COMES NOW, Defendant Charles Deshazer, by and through his (official capacity) counsel of record, Charles H. Richardson and Peter Ruben Morales of the Aurora City Attorney's Office, and by and through his (individual capacity) counsel of record, David R. Osborne of Hamilton & Faatz, P.C., and Defendants Dillon Companies, Inc., and Earnest Sands, by and through their counsel of record, Stephen R. Higgins of White and Steele, P.C., and hereby submit their Amended Stipulated Motion to Modify Scheduling Order. The grounds for this Amended Motion are as follows:

1. The Scheduling Order (Docket No. 28) in the above-captioned matter indicates at Section 7 (d), Case Plan and Schedule, that the expert witness disclosure deadline is January 5, 2008. Because this deadline falls on a Saturday, however, the actual filing deadline is today, Monday, January 7, 2008.

2. Defendants filed a Motion to Modify Scheduling Order on Friday, January 4, 2006, seeking an extension of the expert witness disclosure deadline until January 30, 2008.  (Docket No. 30)
3. The Court denied this Motion due to the failure of defendants to identify the experts, their fields of expertise, and the subject matter upon which their opinion testimony may be admissible. (Docket No. 31)
4. Defendants hereby amend their Motion to Modify.   Defendants have already contacted and retained the following two experts in the above-captioned matter:
    - John D. Scott, Accident Reconstruction Expert, Fay Engineering Corporation, 5201 E. 48h Avenue, Denver, CO 80216, (303) 333-5209. Mr. Scott has been retained to examine the claims of the Plaintiff that she was returning (in her vehicle) to the parking lot of the King Soopers where the incident which forms the basis of the instant lawsuit occurred. Plaintiff alleges that she was frightened and wanted to get to a lighted area of the parking lot, after already having been ordered to leave by Defendant Deshazer and having already left the parking lot.  An examination of the resting positions of her vehicle and that of Defendant Deshazer as depicted in the video of the incident will be of assistance to the jury with regard to Plaintiff's claims in this regard. Mr. Scott has already begun his investigation.   Mr. Scott's CV, Fee Schedule, and Prior Testimony is attached hereto as Exhibit "A."
    - Peter Weingarten, M.D. Colorado Orthopedic Consultants, 1411 S. Potomac Street, Aurora, CO 80012, (303) 695-6060.   Dr. Weingarten

has been retained to perform an IME upon Plaintiff Cassidy Rice to examine her claims that her shoulder was broken as a result of the incident which forms the basis of the instant lawsuit. Approximately forty (40) minutes after the incident, Ms. Rice returned to the King Sooper's parking lot and the video of her at that time depicts her performing acts inconsistent with her claimed injuries. Plaintiffs' Counsel and Counsel for King Soopers are trying to work out scheduling conflicts in order to set the IME. Dr. Weingarten's CV, Fee Schedule, and Prior Testimony is attached hereto as Exhibit "B."

5. Although these experts have been contacted and retained there is insufficient time to prepare their reports in accordance with the present deadline and thus meet the aforementioned expert witness disclosure deadline.

6. Defendants request the Court to modify the present deadline so that Defendants may file their Designation of Expert Witnesses and Expert Reports up to and including January 30, 2008.

7. Peter Morales, Counsel for Defendant Deshazer, (official capacity) has pursuant to the requirements of D.C.COLO.LCivR 7.1 A, Duty to Confer, contacted Plaintiffs' Counsel and learned that he has no objection to the proposed modification of the expert witness deadline.

8. Accordingly, Defendants request that the Scheduling Order be modified to reflect an expert witness disclosure deadline of up to and including January 30, 2008.

   WHEREFORE, Defendants request that this Honorable Court issue an Order (attached hereto) modifying the Scheduling Order to reflect an expert witness

disclosure deadline of January 30, 2008.

Submitted this ___ day of January, 2008.

Respectfully submitted,

**HAMILTON & FAATZ, P.C.**

*s/David Osborne*_____
David R. Osborne
1600 Broadway, Suite 500
Denver, Colorado 80202-4905
Telephone:  (303) 830-0500
Facsimile:    (303) 860-7855
drosborne@handf.com

*Attorney for Defendant Deshazer*

**AURORA CITY ATTORNEY'S OFFICE**

*s/Peter Ruben Morales*_____
Charles H. Richardson
Peter Ruben Morales
15151 E. Alameda Parkway, 5th Floor
Aurora, Colorado 80012
Telephone:  (303) 739-7030
Facsimile: (303) 739-7042
pmorales@auroragov.org

*Attorney for Defendant Deshazer*

**WHITE AND STEELE, P.C.**

*s/ Stephen Higgins* _____
Stephen R. Higgins
950 17th Street, Suite 2100
Denver, CO 80202-2804
Telephone: (303) 296-2828
Facsimile: (303) 296-3131
shiggins@wsteele.com

*Attorney for Dillon Companies and Defendant Sands*

### *CERTIFICATE OF SERVICE*

I hereby certify that on the ___ day of January, 2008, I electronically filed the foregoing **AMENDED DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER**, using the CM/ECF system which will send notification of such filing to the following email:

David Arthur Lane, Esq.
dlane@killmerlane.com

*s/Joanne Flaherty*_____
Joanne Flaherty