EXHIBIT A

PROFESSIONAL RESUME

JOHN D. SCOTT

Senior Engineer,  Fay Engineering Corp., 5201 East 48th Avenue, Denver, Colorado, 80216

## EDUCATION

B.S. (Engineering, Mechanical Specialty)  Colorado School of Mines - 1994

At-Scene Investigation, University of North Florida

Traffic Accident Reconstruction, Commercial Vehicle Inspection and Accident Reconstruction, Advanced Commercial Vehicle Inspection and Accident Reconstruction.
Texas Engineering Extension Service

Heavy Duty Brake School, Ferodo America - Fundamentals of friction material characteristics relevant to the design and application of brake systems for commercial vehicles and heavy equipment. Air, hydraulic, air over hydraulic and electric over hydraulic system designs and analysis of common failures of associated components.

Motorcycle Operator Safety Training, Rider Training Enterprises - Motorcycle rider-skill training with emphasis on motorcycle dynamics, common causes of accidents, accident avoidance techniques, and proper riding skills.  Practical rider skills testing in accordance with requirements for being licensed as a motorcycle operator within the State of Colorado.

Society of Automotive Engineers, International Congress and Exposition

Engineering Dynamics Corporation, HVE Forum

Various professional seminars and conferences

## PROFESSIONAL STATUS

Licensed Professional Engineer in Colorado
Accredited Traffic Accident Reconstructionist - ACTAR #713
Qualified Brake Inspector, 49 CFR part 396.25(d) (1) (2) (3) of FMCSR

## SOCIETY MEMBERSHIP

Member            -Society of Automotive Engineers (SAE)

## EXPERIENCE

Consulting Activities:                                                      1995 - Present
    Forensic engineering and analysis of evidence regarding vehicular collisions, mechanical system failures, and slip and fall incidents.  Analysis of vehicle dynamics and preparation of 3-dimensional simulations and animations.

Product Design:                                                                     1994-1995
   Design and improvement of new and existing product lines in plastic injection molding industry.

Research Assistant:                                                                 1993-1994
   Programming, data collection and presentation for radiation research in petroleum exploration industry (Radiametrics).

Facilities Management and Construction:                                             1990-1994
   Approximate 40,000 sq. ft. multipurpose facility. Compliance review of fire, ADA, and Municipal codes. Set and enforced building policy, scheduled tenants and maintenance. Performed various facets of new and remodel residential construction from groundbreaking to final inspection.

## TECHNICAL & ENGINEERING PUBLICATIONS

"Daily Vehicle Inspection and Vehicle Maintenance Issues in Accident Reconstruction" SAE 2007-01-0722, Scott J., Hoover, N., Fay, R., and Robinette, R., Presented at 2007 SAE World Congress and Exposition, Detroit, MI.

"Brake Performance Testing and Truck Runaway Analysis." SAE 2003-01-3396, Scott, J., Fay, R., Hoover, N., Robinette, R., and Deering, D. Presented at 2003 International Truck and Bus Meeting and Exhibition, Ft. Worth, TX. Selected for SAE 2003 Transactions Journal of Commercial Vehicles.

"On-Road data Acquisition for Commercial Vehicle Brake Systems." IIS03-P029 / 1304. Scott, John and Fay, Richard. Presented at Instrumentation Systems and Automation Society (ISA) 49th International Instrumentation Symposia, May 4-8, 2003, Orlando, Florida.

"Using Event Data Recorders in Collision Reconstruction." SAE 2002-01-0535, Fay, Richard, Robinette, Ric, Scott, John and Deering, Darrell. Presented at 2002 SAE World Congress and Exposition, Detroit, MI.

"Essential Considerations in Delta-V Determination." ATT 2001-01-3165, Fay, Richard and Scott, John. Presented at 2001 Automotive Transportation Technology Conference and Exposition, Barcelona, Spain.

"PC-Crash and HVE, an Overview of Similarities and Differences." SAE 2001-01-0505, Fay, Richard, Robinette, Ric, Scott, John and Fay, Patrick. Presented at 2001 SAE World Congress and Exposition, Detroit, MI.

"New Dimensions in Rollover Analysis." SAE 1999-01-0448, Richard J. Fay and John D. Scott. Presented at 1999 SAE International Congress and Exposition, Detroit, MI.

"Acceleration Levels and Occupant Kinematics Associated with Vehicle-To-Curb Impacts." Accident Reconstruction Journal, Volume 7, No. 3 May/June, 1995, by Jerry S. Ogden, Thomas L. Alcorn and John D. Scott.



**FAY ENGINEERING CORP.**   5201 E. 48th AVE./DENVER, CO 80216/(303) 333-5209

*January 1, 2007*     **BILLING RATES**     *(Effective as of January 2007)*
**PROFESSIONALS**     Consultation and Analysis
    and Testimony (per hour)

**President:**
   Richard J. Fay,     M. S., P.E.     $250.00

**Vice President:**
   Rex E. Paulsen,     Ph.D., P.E.     250.00

**Senior Engineer:**
| | | |
|---|---|---|
| Ric D. Robinette, | M.S., P.E., ACTAR | 250.00 |
| John D. Scott | B.S., P.E., ACTAR | 200.00 |
| Roger E. Salters | Ph.D, E.E. | 200.00 |
| Carl F. Mangone | M.S., P.E. | 190.00 |
| Randolph J. Harris | B.S., Ch.E., C.F.E.I. | 175.00 |
| John M. Huebsch | B.S., M.E. | 175.00 |

**Engineer:**
   Kirk A. Veitch     B.S. M.E     140.00

**Transportation Specialist:**
   Norris D. Hoover     175.00

**Fire Specialist:**
   Bruce Birza     100.00

**Computer Engineer:**
   Patrick Fay     B.S., C.S.     140.00

**Computer Graphics Specialist/Technician:**
   David Sparks     100.00
   Sean Willsey     100.00

**Computer Graphics Technician:**
   Jason L. Johnson     90.00
   Jason S. Smith     90.00

**Senior Technician:**
   Mark Robinette     100.00

**TECHNICIAN B:**     70.00     *Clerical* 40.00
**TECHNICIAN C:**     60.00     *Delivery* 50.00

**NOTES:**
(1)   A 10% handling charge will be added to all expenses incurred
(2)   Terms of invoice: Net 30 days.

## John D. Scott, Testimony *10/1/2007*

| Date | Action No | Location | Title | D/T |
|---|---|---|---|---|
| 12/02/98 | N/A | Office of Matthew J. Hogsett, Esq. of George D. Browning and Associates, 9191 Sheridan Blvd., #310, Westminster, Colorado 80030 | Byrne, Alexandria v. Joseph Felix Realty | Arbitrate |
| 04/25/00 | 99CV263 | District Court of Arapahoe, State of Colorado | Toni Lorigo v. Kelly Kastli, James Kastli, Barbara Kastli, and Farm Bureau Mutual Insurance Co. of Iowa, Inc. | Depo |
| 04/26/00 | 97CV115 | District Court, County of Boulder, State of Colorado, Division 3 | Dani Dubowitz v. Glen Taylor, individually, and Fleet Car, LLC, a Colorado Corporation | Trial |
| 06/09/00 | 99CR2084 | Criminal Court, County of Jefferson, State of Colorado | People of the State of Colorado v. Gilbert Nicholas Sutton | Trial |
| 08/20/01 | 99 CV 6130 | District Court, Denver Colorado | Valley Forge Insurance Company v. Wallace D. Bascue and Booker Transportation Services, Inc. | Depo |
| 07/02/02 | 99 CV 2029 | District Court Boulder County, Colorado | Sharon Horne vs. Andrew Klatt et al. | Arbitrate |
| 07/15/02 | 01-CV-139-B | The United States District Court for the District of Wyoming | HCS transportation, Inc., a Delaware Corporation, Schneider National Carriers, Inc., A Wisconsin Corporation; North American van Lines, a Delaware Corporation, Matthew A. Sawyer, and Justin W. Jennings | Depo |
| 3/10/2003 | 11-00029-7th | District Court of Reeves County, Texas, 143rd Judicial District | Carolina Pru Bellorin, et al vs. Brigestone/Firestone, Inc., Smithers Transportation Test Center and Ford Motor Company | Depo |
| 4/30/2003 | Civil No: 22035 | Park County, District Court | Hansen vs Garriott | Depo |
| 12/16/2003 | CV 03-0254 01-146 | Uinta County, District Court | | Depo |
| 2/13/2004 | 02CV1804, Div. 3 | Arapahoe County, District Court, Colorado | Nowak v. Shaw & Tochenbell & Brakes Plus, Inc. | Depo |
| 3/31/2004 | 03-CV-1651 | The United States District Court for the District of Wyoming | Debortoli v. USA Truck, Inc. | Depo |
| 4/12/2004 | Civil Action No.: 02-Z-2184 (PAC) | The United States District Court for the District of Colorado | Gregg P. Iversen v. DaimlerChrysler Motors Corporation | Depo |
| 6/9/2004 | Civil Action No.: 82476-C | District Court of Natrona County, Wyoming | James Fair v. Chester Abrassart | Depo |
| 8/12/2004 | Case No. 2003-CV-1987 | District Court, City and County of Denver, Colorado | Joey Harris vs. Merit Distribution Services, Inc., and Robert Hurt | Depo |
| 11/30/2004 | Case No. 2003-CV-1987 | District Court, City and County of Denver, Colorado | Joey Harris vs. Merit Distribution Services, Inc., and Robert Hurt | Trial |
| 3/16/2005 | Civil No: 03-CV-45D | The United States District Court for the District of Wyoming | Larry M. Savage and Jaqueline Savage v. Kermit C. Johnson | Depo |
| 5/12/2005 | Case No. 2004CV3267 | District Court, Adams County Colorado | Alexandria S. Ainlay vs. Charles Dale Wollnick and Wollnick Trucking, LLC | Depo |
| 6/8/2006 | Case No. 03CV2658 | District Court, Jefferson County, Colorado | Joshua Skeers & Christopher O'Brien vs. William Marble & Jefferson County Public Schools | Trial |
| 8/30/2007 | Case No: C I 05-156 | District Court of Phelps County, Nebraska | Kenneth Safranski and Carolyn Safranski vs. Kevin Shadduck and Rite Way Milk, Inc. et al. | Depo |