# CURRICULUM VITAE

## PETER L. WEINGARTEN, M.D.

### PERSONAL DATA

| | |
|---|---|
| Office Address: | Colorado Orthopedic Consultants, P.C. |
| | 1411 South Potomac, Suite 400 |
| | Aurora, Colorado 80012 |
| | (303) 695-6060 |
| Date of Birth: | January 5, 1941 |
| Born: | New York City |
| Citizen: | U.S.A. |

### EDUCATION

| | |
|---|---|
| High School: | Horace Mann School, New York City |
| College: | Yale University 1958-1961 |
| Medical School: | Columbia College of Physicians and Surgeons 1961-1965 |
| Internship: | Belleview Hospital, Columbia Surgical Division |
| | Straight surgical internship 1966-1967 |
| Orthopedic Residency: | Harvard Orthopedic Residency Program 1967-1971 |
| Training Hospitals: | Massachusetts General, Peter-Bent Brigham Hospital, Children's Hospital, Boston, MA |

### BOARD CERTIFIED

Orthopedic Surgery
Member of American Academy of Orthopedic Surgeons

## PUBLICATIONS

"Teratogenicity of Myleran Against Musculoskeletal Tissues in the Rat" P.L. Weingarten, J.R. Ream, A.M. Pappas, Clin Orth, No. 75, March, April 1971, p. 236

"Evaluation of the Prenatal Effects of Massive Doses of Insulin in Rats" J.R. Ream, P.L. Weingarten, A.M. Pappas, Teratology, Vol. 3, No. 1, February 1970, p. 29

1972-1974:          Major, United States Army

                    Chief, Orthopedic Division, Darnell Army Hospital
                    Fort Hood, Killeen, Texas

1974-1981:          Private Practice - Orthopedic surgery
                    Chelmsford, Massachusetts

Primary Hospitals:

St. Joseph Hospital, Lowell, Massachusetts
St. John's Hospital, Lowell, Massachusetts
Lowell General Hospital, Lowell, Massachusetts

1981-Present:  Private Practice - Denver, Colorado

Primary Hospitals:

Aurora Regional Medical Center, Aurora, Colorado
Presbyterian Hospital, Aurora, Colorado
Swedish Medical Center