**Orthopedic and Arthritis Surgery**
**Orthopedic Traumatology**
**Pediatric Orthopedic Surgery**
**Hand Surgery**
**Sports Medicine**

**COLORADO ORTHOPEDIC CONSULTANTS**

• Peter L. Weingarten, M.D. • Stephan D. Lindenbaum, M.D. • Stewart K. Weinerman, M.D. • Philip A. Stull, M.D. • Craig A. Davis, M.D. • John R. Schwappach, M.D.

Peter Weingarten, M.D.

Legal Fee Schedule For:
Independent Medical Evaluations, Conferences,
Depositions and Expert Testimony

**Depositions:** $1100.00 per hour (minimum 1 hour). There will be $1100.00 billed for each additional hour (minimum 1 hour) used. Depositions are taken at Dr. Weingarten's office. Any exceptions must first be authorized prior to scheduling.

**Video Depositions:** $1400.00 per hour (minimum 1 hour).

**Testimony:** If in the Denver Metro Area the fee is $5000.00 for the first two hours; this includes travel time. There is a charge of $1250 for each additional hour used. If outside the Denver Metro area, i.e. Adams, Jefferson and Golden Counties, the fee is $6000.00 for the first two hours; this fee includes travel time. There will be a charge of $1250 for each additional hour used.

**Note:** For extended travel requiring an overnight stay, the travel arrangements and accommodations are the financial responsibility of the retaining party.

**Office/Telephone Consultation:** $350.00 per hour (minimum 1 hour).

**IME:** Depending upon the level of evaluation, the fees will range from $675.00-$1200.00, **plus** additional fees for x-ray and extensive record review.
  • **A $675.00 deposit will be required for all IME's.**

**The factors considered in determining fees are: The time and labor, the novelty and difficulty of the questions involved and the complexity of the case. When time is used as a criterion, the following hourly rates are guidelines which will be modified in accordance with above factors.**

**NOTE: PREPAYMENT FOR THE TIME RESERVED IS REQUIRED TEN WORKING DAYS PRIOR TO THE DATE SCHEDULED. No refund will be provided if less time is utilized than was reserved. Any additional time utilized will be billed accordingly.**

**CANCELLATION POLICY:** Trials, Depositions and Legal Conferences: if cancelled at least seven working days prior to the scheduled appointment, any pre-payment will be refunded in full. No refund will be given if canceled in fewer than seven working days. **If not paid seven working days prior to the appointment, it will be removed from the doctor's schedule.**

IME: If cancelled or rescheduled at least seven working days prior to the scheduled appointment time, prepayment will be refunded. If rescheduled within that time, the fee will be $250.00.

*Please note that these fees could change depending on each individual case.