# Dr. Peter Weingarten
# TRIAL TESTIMONY

Year testified: 2003
Montoya vs. Jenkins
Arapahoe District Court/Case No. 99-CV-2458
Plaintiff's Attorney: Phil Pearson and Rick Carmichael
Defendant' Attorney: Paul Cooper and Sean Dingle

Year testified: 2003
Moore vs. Jensen
Jefferson County District Court/Case No. 02-CV-1087
Plaintiff's Attorney: Steven Polidori and William Keating
Defendant's Attorney: Douglas Poling

Year testified: 2004
Sharon Moritz vs. Roger Dwyer
Denver District Court/Case No. 03-CV-8117
Plaintiff's Attorney: William Keating and Gregory Heron (Fogel Keating Wagner Polidori & Shafner, PC)
Defendant's Attorney: Richard A. Waltz (Waltz & D'Antouno)

Year testified: 2005
Jerome Smith vs. BNSF
Denver District Court/ Case No. 04-CV-2289
Plaintiff's Attorney: William Cavass (Hanks Stone, Cavass & Thornton)
Defendant's Attorney: Andrew Carafelli (Hall & Evans)

Year testified: 2006
Lindberg et al vs. Centaur Colorado et al.
Denver District Court/Case No. 2005-CV-856
Plaintiff's Attorney: Alexander Makkai
Defendant's Attorney: John Simmonds and Donald Lawrence

Year testified: 2006
Roger Atnes vs. Qwest and Sedgwick CMS
State of Colorado Executive Dept./W.C. No. 4-591-363
Claimant's Attorney: Marshall Fogel (Fogel Keating Wagner Polidori & Shafner, PC)
Respondent's Attorney: Andrew Rzepiennik (Ruegsegger Simons Smith & Stern)

Year testified: 2006
Yadira Mosqueda and Daniel Najar, Jr. vs. Victor W. Todd
Boulder County District Court/ Case No. 05-CV-1034
Plaintiff's Attorney: Dennis Tharp and Jennifer Stewart (Stevens Littman Biddison Tharp & Weinberg)
Defendant's Attorney: Nicole Abbott (George Browning & Associates)

Year testified: 2006
John Bucar and Minna Horn vs. Kathryn M. Neely et al.
Denver District Court/ Case No. 04-CV-9101
Plaintiff's Attorney: Chad Hemmat (Anderson Hemmat & Levine)
Defendant's Attorney: Della Nelson (Grund & Nelson)

Year testified: 2007
Kevin Leroy Turner and Falecia Marie Turner vs. Joshua Mark Goodwin and Cheryl Goodwin
Jefferson County District Court/ Case No. 06-CV-577
Plaintiff's Attorney: Mike B. Coakley, Esq.
Defendant's Attorney: Matthew D. Baukol, Esq. (Joel N. Varnell & Associates)

Year testified: 2007
Rod and Patricia Perry vs. Stratton Equity Coop. Company, etal
Kit Carson County District Court/ Case No. 06-CV-37
Plaintiff's Attorney: Brian S. MacKenzie, Esq. (The MacKenzie Law Firm, P.C.)
Defendant's Attorney: Mark Nelson, Esq. and Paige Hogan, Esq. (Hall & Evans, L.L.C.)

# Peter Weingarten, M.D.
## Deposition Listing

Allen Sanchez vs. Johnny G. Broussard, etal
Attorney:Caffery, Dubre, Campbell, Gamson
Video Deposition date 5/20/03

Phillip Mills vs. Wright & McGill
Colo.Division of Workers' Compensation-Case #4-285-719
Attorney: Lawrence Free, Esq.
Deposition date 11/12/03

Lee Bartlett vs. Leander
Arapahoe District Court – Case #05CV509
Attorney: John Astuno
Video Deposition date 9/7/04

Jerome Smith vs. Burlington Northern Sante Fe Railroad
Denver District Court – Case #04CV2289
Attorney: Don D'Antuono
Deposition date 11/03/04

Patricia Blainey vs. United Airlines
United States District Court-Case #04PC334
Attorney: Marshall Fogel, Esq.
Deposition date 1/12/05

Roger Atnes vs. Qwest
Colo.Division of Workers' Compensation-Case #4-591-363
Attorney: Marshall Fogel, Esq.
Deposition date 3/4/05

Lori Subia vs. City & County of Denver
Colo, Division of Workers' Compensation-Case #4-562-579
Attorney: Marshall Fogel, Esq.
Deposition date 3/9/05

Boris Tkalenko vs. William Ford
Denver District Court _ Case #04CV9648
Attorney: DJ Banovitz
Video Deposition date 7/22/05

Sharon Karr vs. Loren Heersink
Jefferson District Court – Case #02CV3387
Attorney: Sonja McKenzie
Video Deposition date 7/22/05

Louis Wells vs. The Salvation Army
Case #04CV2848
Attorney: Keith Olivera
Deposition date 8/3/05

Penni Neiberger vs. Fed-Ex Packaging Systems
United States District Court – Case #04CV00230-WDM-MEH
Attorney: Michael Sullivan
Deposition date 11/7/05

Viatcheslav Mikhailov vs. William Ford
Denver District Court – Case #04CV9684
Attorney: Jennifer Palmer
Video Deposition date 12/20/05

Laye Diane vs. Sean Kelley
Denver District Court-Case #2005CV6478
Attorney: Cruz Fresquez
Deposition date 5-30-06

Fatemah Pahlevanbaba vs. Nash-Finch Co. dba Avanza Supermarket
Denver District Court – Case #2005CV5036
Attorney: Gregory Heron
Deposition date 6-29-06

Jerry D. Brown vs. Elizabeth R. Wright and Dipak Panta
Arapahoe County District Court – Case #05CV2664
Attorney: David L. Kofoed
Deposition date 8-2-06

Crystal Cole vs. Equity Residential Properties Management Corp
And Woodridge Apts
Arapahoe County District Court – Case # 2005CV782
Attorney: Matthew Biscan
Deposition date 8-25-06

Tekle Teklemichael vs. Rochelle Allen
Denver District Court – Case #06CV4720
Attorney: Craig Nuss
Deposition date 10-6-06

Velina A. Jackson vs. Sunstate Equipment Co., LLC and Alfonzo T. Moore
File #10121-70590
Attorney: James M. Dieterich
Deposition date 1-4-07

Penni Neiberger vs. Fed-Ex Ground
Case No. USDC 04-WM-230 (Oes)
Attorney: Michael Sullivan
Video Deposition date 2-19-07

Shane McCormick vs. Cherryden, LLC
Denver District Court – Case #2006-CV-512
Attorney: Trevor J. MacLennan
Depostion date 3-21-07

Raquel Lara vs. Matthew Ream
Weld County District Court – Case #2004CV2528
Attorney: Steven M. Furman
Video Deposition date 4-12-07

Rod Perry and Patricia Perry vs. Stratton Equity Coop. Company, etal
Kit Carson County District Court/ Case No. 06-CV-37
Attorney: Brian MacKenzie, Esq.