# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00355-RPM

---

LOREE McCORMICK-RICE,
CASSIDY RICE, through her next friend, Loree McCormick-Rice,

      Plaintiffs,

v.

Charles DeShazer in his official and individual capacity,
DILLON COMPANIES, INC. d/b/a KING SOOPERS, INC., a Kansas corporation, and
EARNEST SANDS

      Defendants.

---

## ORDER

---

      THE COURT, being advised in the premises of the Defendants' Motion to Modify

Scheduling Order, finds that there is good cause for the requested modification and orders that

the Expert Witness Disclosure Deadline be modified up to and including January 30, 2008.

      Dated: January 9th, 2008

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____

                    Richard P. Matsch, Senior Judge