

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00355-RPM-MEH

**LOREE McCORMICK-RICE,**
**CASSIDY RICE,** through her next friend Loree McCormick-Rice,

    Plaintiffs,

v.

**CHARLES DESHAZER,** in his official and individual capacity,
**DILLON COMPANIES, INC.** d/b/a **KING SOOPERS, INC.,** a Kansas corporation, and
**EARNEST SANDS,**

    Defendants.

---

### NOTICE OF DEPOSITION – LOREE MCCORMICK-RICE

---

TO:    All counsel and parties of record, and

    Loree McCormick-Rice
    550 Alton Way, #7154
    Denver, Colorado 80230

PLEASE TAKE NOTE that on Thursday, March 6, 2008, beginning at 9:00 a.m. and continuing thereafter until completed, the defendants will take the deposition of LOREE MCCORMICK-RICE. The deposition will be taken at the Aurora City Attorney's Office, 15151 East Alameda Parkway, Suite 5300, Aurora, Colorado 80012, (303) 739-7030, pursuant to the Federal Rules of Civil Procedure, before a certified court reporter.

    Dated this 4th day of February, 2008.

OFFICE OF THE AURORA CITY ATTORNEY

s/ Peter Ruben Morales
Charles H. Richardson
Peter Ruben Morales
15151 East Alameda Pkwy
Aurora, Colorado 80012
Telephone: (303) 739.7030
Facsimile: (303) 739.7042
E-mail pmorales@auroragov.org

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that on this 4th day of February, 2008, I served a true and correct copy of the foregoing NOTICE OF DEPOSITION – LOREE MCCORMICK-RICE upon the following addresses in electronic format:

David A. Lane
Killmer, Lane & Newman, LLP
1543 Champa Street, Suite 400
Denver, Colorado 80202
dlane@killmerlane.com

David R. Osborne
1600 Broadway, Suite 500
Denver, Colorado 80202-4905
drosborne@handf.com

Stephen Higgins
950 17th Street, Suite 2100
Denver, Colorado 80202-2804
shiggins@wsteele.com

s/ Deborah Janicek
Deborah Janicek



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00355-RPM-MEH

**LOREE McCORMICK-RICE,**
**CASSIDY RICE,** through her next friend Loree McCormick-Rice,

    Plaintiffs,

v.

**CHARLES DESHAZER,** in his official and individual capacity,
**DILLON COMPANIES, INC.** d/b/a **KING SOOPERS, INC.,** a Kansas corporation, and
**EARNEST SANDS,**

    Defendants.

---

## NOTICE OF DEPOSITION – CASSIDY RICE

---

TO:    All counsel and parties of record, and

    Cassidy Rice
    550 Alton Way, #7154
    Denver, Colorado 80230

PLEASE TAKE NOTE that on Thursday, March 6, 2008, beginning at 11:00 a.m. and continuing thereafter until completed, the defendants will take the deposition of CASSIDY RICE. The deposition will be taken at the Aurora City Attorney's Office, 15151 East Alameda Parkway, Suite 5300, Aurora, Colorado 80012, (303) 739-7030, pursuant to the Federal Rules of Civil Procedure, before a certified court reporter.

    Dated this 4th day of February, 2008.

OFFICE OF THE AURORA CITY ATTORNEY

s/   Peter Ruben Morales
Charles H. Richardson
Peter Ruben Morales
15151 East Alameda Pkwy
Aurora, Colorado 80012
Telephone: (303) 739.7030
Facsimile: (303) 739.7042
E-mail pmorales@auroragov.org

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that on this 4th day of February, 2008, I served a true and correct copy of the foregoing NOTICE OF DEPOSITION – CASSIDY RICE upon the following addresses in electronic format:

David A. Lane
Killmer, Lane & Newman, LLP
1543 Champa Street, Suite 400
Denver, Colorado 80202
dlane@killmerlane.com

David R. Osborne
1600 Broadway, Suite 500
Denver, Colorado 80202-4905
drosborne@handf.com

Stephen Higgins
950 17th Street, Suite 2100
Denver, Colorado 80202-2804
shiggins@wsteele.com

s/   Deborah Janicek
Deborah Janicek

2