IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00355-RPM

LOREE MCCORMICK-RICE,
CASSIDY RICE, through her next friend Loree McCormick-Rice,

    Plaintiffs,

vs.

CHARLES DESHAZER, in his official and individual capacity,
DILLON COMPANIES, INC., d/b/a KING SOOPERS, INC.,
a Kansas corporations and
EARNEST SANDS,

    Defendants.

---

ORDER GRANTING DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER

---

    Pursuant to defendants' Unopposed Motion to Modify Scheduling Order [35] filed on February 4, 2008, it is

    ORDERED that the motion is granted and the discovery cut-off deadline is extended to and including March 14, 2008.

    DATED: February 5th, 2008

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____
                                        Richard P. Matsch, Senior District Judge