IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: February 29, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 07-cv-00355-RPM

LOREE MCCORMICK-RICE, and                                          David A. Lane
CASSIDY RICE, through her next friend Loree McCormick-Rice,        Qusair Mohamedbhai

    Plaintiffs,

v.

CHARLES DESHAZER, in his official and individual capacity,         Peter R. Morales
DILLON COMPANIES, INC., d/b/a Knig Soopers, Inc.,                  James M. Meseck
A Kansas corporation and
EARNEST SANDS,

    Defendants.
_____

## COURTROOM MINUTES
_____

**Calendar Call**

**8:35 a.m.**    **Court in session.**

Entry of appearances by counsel.

**ORDERED:**    **Counsel Qusair Mohamedbhai appearance entered for plaintiffs.**

Joint Status Statement submitted.

Counsel state plaintiff's deposition is scheduled March 6, 2008.

Discussion regarding defendants' anticipated motion for summary judgment.
Counsel state individual defendant Deshazer's official capacity is a police officer.

**ORDERED:**    **Jury trial scheduled October 6, 2008.**
                **Proposed pretrial order to be submitted by 4:00 p.m. September 4, 2008 in paper format directly to chambers.**

**8:40 a.m.**    **Court in recess.**

Hearing concluded.  Total time: 05 min.