# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00355-RPM
_____

LOREE McCORMICK-RICE,
CASSIDY RICE, through her next friend, Loree McCormick-Rice,

Plaintiffs,

v.

Charles DeShazer in his official and individual capacity,
DILLON COMPANIES, INC. d/b/a KING SOOPERS, INC., a Kansas corporation, and
EARNEST SANDS

Defendants.
_____

## UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER
_____

COMES NOW, Defendant Charles Deshazer, by and through his (official capacity) counsel of record, Charles H. Richardson and Peter Ruben Morales of the Aurora City Attorney's Office, and by and through his (individual capacity) counsel of record, David R. Osborne of Hamilton & Faatz, P.C., and Defendants Dillon Companies, Inc., and Earnest Sands, by and through their counsel of record, Stephen R. Higgins of White and Steele, P.C., and hereby submit their Stipulated Motion to Modify Scheduling Order.  The grounds for this Unopposed Motion are as follows:

1. The Scheduling Order (Docket No. 28) in the above-captioned matter indicates at Section 7(b), Case Plan and Schedule, that the discovery cut-off deadline is March 4, 2008.

2. Plaintiffs and Defendants have exchanged and responded to written discovery.

3. Plaintiffs have taken the deposition of Defendant Charles DeShazer and Defendant Ernest Sands.

4. Defendants have now completed the deposition of Plaintiff Loree McCormick-Rice (which took the entire day of March 6, 2008) and are scheduled to do the deposition of Plaintiff Cassidy Rice on March 24, 2008, the earliest date available to all counsel, which is ten (10) days beyond the present discovery cut-off deadline of March 14, 2008.

5. Plaintiffs and Defendants request the Court to modify the present deadline so that Defendants may take the deposition of Plaintiff Cassidy Rice.

6. Peter Morales, Counsel for Defendant Deshazer (official capacity) has, pursuant to the requirements of D.C.COLO.LCivR 7.1 A, Duty to Confer, contacted Plaintiffs' counsel and learned that he has no objection to the proposed modification of the discovery cut-off deadline.

7. Accordingly, Defendants request that the Scheduling Order be modified to reflect a discovery cut-off deadline of up to and including March 24, 2008.

WHEREFORE, Defendants request that this Honorable Court issue an Order modifying the Scheduling Order to reflect a discovery cut-off deadline of March 24, 2008.

Submitted this 12th day of March, 2008.

        **HAMILTON & FAATZ, P.C.**

*s/David Osborne*_____
David R. Osborne
1600 Broadway, Suite 500
Denver, Colorado 80202-4905
Telephone:  (303) 830-0500
Facsimile:    (303) 860-7855
drosborne@handf.com

*Attorney for Defendant Deshazer*


**AURORA CITY ATTORNEY'S OFFICE**

*s/Peter Ruben Morales*_____
Charles H. Richardson
Peter Ruben Morales
15151 E. Alameda Parkway, 5th Floor
Aurora, Colorado 80012
Telephone:  (303) 739-7030
Facsimile: (303) 739-7042
pmorales@auroragov.org

*Attorney for Defendant Deshazer*


**WHITE AND STEELE,  P.C.**

*s/ Stephen Higgins* _____ _____
Stephen R. Higgins
950 17th Street, Suite 2100
Denver, CO 80202-2804
Telephone:  (303) 296-2828
Facsimile:  (303) 296-3131
shiggins@wsteele.com

*Attorney for Dillon Companies and Defendant Sands*

## CERTIFICATE OF SERVICE

  I hereby certify that on the 12th day of March, 2008, I electronically filed the foregoing **STIPULTED MOTION TO MODIFY SCHEDULING ORDER**, using the CM/ECF system which will send notification of such filing to the following email:

David Arthur Lane, Esq.
dlane@killmerlane.com

                *s/Maxine Gallegos*_____
                Maxine Gallegos

4