IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00355-RPM

LOREE MCCORMICK-RICE,
CASSIDY RICE, through her next friend Loree McCormick-Rice,

    Plaintiffs,

vs.

CHARLES DESHAZER, in his official and individual capacity,
DILLON COMPANIES, INC., d/b/a KING SOOPERS, INC.,
a Kansas corporations and
EARNEST SANDS,

    Defendants.

---

## ORDER MODIFYING SCHEDULING ORDER

---

Upon consideration of the Unopposed Motion to Modify Scheduling Order [40], filed on March 12, 2008, it is

ORDERED that the Scheduling Order is modified to reflect a discovery cut-off deadline of March 24, 2008.

DATED: March 14th, 2008

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge