IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00355-RPM-MEH

LOREE McCORMICK-RICE,
CASSIDY RICE, through her next friend Loree McCormick-Rice,

    Plaintiffs,

v.

CHARLES DESHAZER, in his official and individual capacity,
DILLON COMPANIES, INC. d/b/a KING SOOPERS, INC., a Kansas corporation, and
EARNEST SANDS,

    Defendants.

_____

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**
_____

    Plaintiffs by and through their counsel, David A. Lane and Qusair Mohamedbhai hereby files the following PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT. The grounds for this motion are set forth fully herein:

1.    Plaintiffs' Response to Defendants' Motion for Summary Judgment, excluding time allowed for mailing, is due April 24, 2008.

2.    Pursuant to D.C.COLO.LCivR. 7.1(A), undersigned counsel hereby certifies that he conferred with Peter R. Morales, David R. Osborne, and Stephen Higgins, counsel for Defendants. Defense Counsel is <u>unopposed</u> to the relief requested by this Motion.

3.    Lead counsel David A. Lane is in Houston, Texas in the death penalty case of *The People of Texas v. Juan Leonardo Quintero*, Cause No. 1085704. This trial commenced March 31, 2008, and is estimated to last eight weeks.

4.  No party will be prejudiced by an approximate three week extension.  The Court has scheduled a trial date of October 6, 2008 in this matter and discovery has concluded.

WHEREFORE, it is respectfully requested that this Court grant Plaintiffs' Unopposed Motion for Extension of Time to File Response to Defendants' Motion for Summary Judgment, up to and including **May 16, 2008.**

KILLMER, LANE & NEWMAN, LLP

s/ Qusair Mohamedbhai
_____
David A. Lane
Qusair Mohamedbhai
The Odd Fellows Hall
1543 Champa Street, Suite 400
Denver, Colorado 80202
(303) 571-1000
(303) 571-1001 (FAX)
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 24, 2008, I electronically filed a true and correct copy of the above and foregoing PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Peter R. Morales
pmorales@auroragov.org

David R. Osborne
drosborne@handf.com
tmoore@handf.com

Jonathan Streelman
Stephen Higgins
jstreelman@wsteele.com
shiggins@wsteele.com

s/ Qusair Mohamedbhai
_____

2