# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00355-RPM-MEH

LOREE McCORMICK-RICE,
CASSIDY RICE, through her next friend Loree McCormick-Rice,

    Plaintiffs,

v.

CHARLES DESHAZER, in his official and individual capacity,
DILLON COMPANIES, INC. d/b/a KING SOOPERS, INC., a Kansas corporation, and
EARNEST SANDS,

    Defendants.

_____

## ORDER GRANTING EXTENSION OF TIME
_____

    THIS COURT, being fully advised in the premises hereby ORDERS:

    The Plaintiffs' Response to Defendants' Motion for Summary Judgment in this case is to be filed by May 16, 2008.

    IT IS SO ORDERED by the Court on this the ___ day of April, 2008


                                     _____
                                     HON. RICHARD P. MATSCH
                                     JUDGE OF THE DISTRICT COURT