**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-00355-RPM-MEH

LOREE McCORMICK-RICE,
CASSIDY RICE, through her next friend Loree McCormick-Rice,

      Plaintiffs,

v.

CHARLES DESHAZER, in his official and individual capacity,
DILLON COMPANIES, INC. d/b/a KING SOOPERS, INC., a Kansas corporation, and
EARNEST SANDS,

      Defendants.

---

**ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

---

Upon consideration of Plaintiffs' Unopposed Motion for Extension of Time to File Response to Defendants' Motion for Summary Judgment [44], it is

ORDERED that the motion is granted to and including May 16, 2008.

DATED: April 25th, 2008

                BY THE COURT:

                s/Richard P. Matsch

                _____
                RICHARD P. MATSCH, Senior Judge