IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00355-RPM-MEH

LOREE McCORMICK-RICE,
CASSIDY RICE, through her next friend Loree McCormick-Rice,

    Plaintiffs,

v.

CHARLES DESHAZER, in his official and individual capacity,
DILLON COMPANIES, INC. d/b/a KING SOOPERS, INC., a Kansas corporation, and
EARNEST SANDS,

    Defendants.

_____

**PLAINTIFFS' SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**
_____

    Plaintiffs by and through their counsel, David A. Lane and Qusair Mohamedbhai hereby file the following PLAINTIFFS' SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT.  The grounds for this motion are set forth fully herein:

1.    Plaintiffs' Response to Defendants Sands' and King Soopers' Motion for Summary Judgment is due May 16, 2008.

2.    Pursuant to D.C.COLO.LCivR. 7.1(A), undersigned counsel hereby certifies that he conferred with James Meseck, counsel for Defendants Sands and King Soopers (the Defendants who brought the summary judgment motion).  Counsel for Defendants Sands and King Soopers is <u>unopposed</u> to the relief requested by this Motion.

3.    Undersigned counsel attempted to confer this morning with Peter R. Morales and David R. Osborne, counsel for Defendant DeShazer.  At the time of this filing, undersigned has not

heard from either Mr. Morales or Mr. Osborne. Based on the history of cooperation in regards to deadline extensions, and the fact that Defendant Sands' and King Soopers' counsel does not object to this motion, undersigned counsel believes that Mr. Morales and Mr. Osborne probably would not oppose the limited relief sought by this motion.

4.      Lead counsel David A. Lane is in Houston, Texas in the death penalty case of *The People of Texas v. Juan Leonardo Quintero*, Cause No. 1085704. This trial commenced March 31, 2008, and concludes May 19, 2008. The summary judgment motion is already substantially complete, and will be filed within the period of this second extension.

5.      No party will be prejudiced by an approximate one week extension. The Court has scheduled a trial date of October 6, 2008 in this matter and discovery has concluded.

WHEREFORE, it is respectfully requested that this Court grant Plaintiffs' Second Motion for Extension of Time to File Response to Defendants' Motion for Summary Judgment, up to and including **May 23, 2008.**

KILLMER, LANE & NEWMAN, LLP

s/ Qusair Mohamedbhai
_____
David A. Lane
Qusair Mohamedbhai
The Odd Fellows Hall
1543 Champa Street, Suite 400
Denver, Colorado 80202
(303) 571-1000
(303) 571-1001 (FAX)
*Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 16, 2008, I electronically filed a true and correct copy of the above and foregoing PLAINTIFFS' SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Peter R. Morales
pmorales@auroragov.org

David R. Osborne
drosborne@handf.com
tmoore@handf.com

Jonathan Streelman
Stephen Higgins
jstreelman@wsteele.com
shiggins@wsteele.com

                                                  s/ Qusair Mohamedbhai