# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00355-RPM-MEH

LOREE McCORMICK-RICE,
CASSIDY RICE, through her next friend Loree McCormick-Rice,

     Plaintiffs,

v.

CHARLES DESHAZER, in his official and individual capacity,
DILLON COMPANIES, INC. d/b/a KING SOOPERS, INC., a Kansas corporation, and
EARNEST SANDS,

     Defendants.

_____

# ORDER GRANTING EXTENSION OF TIME
_____

THIS COURT, being fully advised in the premises hereby ORDERS:

The Plaintiffs' Response to Defendants' Motion for Summary Judgment in this case is to be filed by May 23, 2008.

IT IS SO ORDERED by the Court on this the ___ day of May, 2008

                                                                _____
                                                                 HON. RICHARD P. MATSCH
                                                                 JUDGE OF THE DISTRICT COURT