## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00355-RPM-MEH

LOREE McCORMICK-RICE,
CASSIDY RICE, through her next friend Loree McCormick-Rice,

       Plaintiffs,

v.

CHARLES DESHAZER, in his official and individual capacity,
DILLON COMPANIES, INC. d/b/a KING SOOPERS, INC., a Kansas corporation, and
EARNEST SANDS,

       Defendants.

_____

## ORDER GRANTING EXTENSION OF TIME
_____

Upon consideration of Plaintiffs' Second Motion for Extension of Time to File Response to Defendants' Motion for Summary Judgment [46] filed on May 16, 2008, it is

ORDERED that the motion is granted to and including May 23, 2008.

DATED:   May 19th, 2008

       BY THE COURT

       s/Richard P. Matsch

       _____
       Richard P. Matsch, Senior Judge