# EXHIBIT 4

1

1   IN THE UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF COLORADO
2

3
    Civil Action No. 07-cv-00355-RPM-MEH
4

5   _____

6
    LOREE MC CORMICK-RICE; CASSIDY RICE, through her
7    next friend Loree McCormick-Rice

8
    Plaintiffs;
9

10   v.

11
     CHARLES DESHAZER, in his official and individual
12    capacity; DILLON COMPANIES, INC., d/b/a KING
      SOOPERS, INC., a Kansas corporation, and ERNEST
13    SANDS

14
     Defendants.
15

16   _____

17

18

19           DEPOSITION OF CASSIDY S. RICE
20

21           Monday, March 24, 2008

22

23   Pursuant to Notice taken on behalf of the
24    Defendants at 15151 East Alameda Parkway,
      Suite 5300, Aurora, Colorado, at 9:18 AM before
25    Martha Loomis, Certified Shorthand Reporter and
      Colorado Notary Public.

66

1  did not know the names when we were in court;

2  therefore I didn't know him.

3      (BY MR. MORALES)  Q.  Okay.

4      A.  Therefore I did not tell my mom anything

5  because every time I talk about the situation I

6  get mad.

7      Q.  That's interesting because your mother

8  testified under Mr. Higgins' questions when he

9  pressed her on this issue that you told her that

10  Ernie Sands kicked you.  Do you remember that?

11     A.  Yes, I told her that Ernie Sands kicked

12  me.  You just asked me --

13     Q.  I know what I just asked you.  Let me ask

14  you again.

15      You did tell her that Ernie Sands kicked

16  you.  Isn't that correct?

17     A.  Yes, that is correct.

18     Q.  Apparently you did know Ernie Sands'

19  name.  Isn't that true?

20     A.  After the time when we were in court when

21  I found out his name I did.

22     Q.  You saw who Russ Reddick was on the

23  videotape, isn't that true?  The King Soopers

24  video when you were both at the customer service

25  desk.  Isn't that right?  You remember seeing

68

1   itself, and by that I'm describing where the cars

2   are stopped at the edge of the sidewalk in the

3   driveway at the back end of King Soopers,

4   correct?

5     A.   Correct.

6     Q.   Is it your testimony today that on that

7   tape you saw Ernie Sands kick you?

8     A.   Yes, I did.

9     Q.   Hand you Exhibit H.  This is the

10   municipal court transcript of the hearing which

11   took place on November 27, 2006, just prior to the

12   City dismissing the criminal case against your

13   mother.

14         If you look to page 22 for a moment,

15   please.  I'd just like you to review it because I

16   have a couple of questions.  I want to give you

17   the opportunity to review this section.  Review

18   page, that page starting at line 16 all the way to

19   the next page, line 14, okay?

20         You read all the way to the bottom of

21   23, is that correct?

22     A.   Yes.

23     Q.   All right.  That section just before the

24   end of page 23 there's the reference there to --

25   and this is your mother speaking or testifying --

74

1   Cassidy and jerked her arm so hard he broke her

2   collarbone.

3        Do you see that?

4   A.   Yes.

5   Q.   Do you stand by the contention contained

6   in that paragraph you in fact suffered a broken

7   collarbone as a result of the incident?

8   A.   Yes.

9   Q.   And is that based, if you look at

10   Exhibit K, paragraph 21, you'll see a line in

11   there where it states, Cassidy, upon release from

12   custody, was taken to Children's Hospital where

13   she learned she had suffered a fractured shoulder

14   as a result of defendant's conduct.

15        Do you see that there.

16   A.   Yes.

17   Q.   You remember seeing the tape with you,

18   your mother, and Norman Gene Rice standing out in

19   the King Soopers parking lot an hour and

20   48 minutes after the incident?

21   A.   Yes.

22   Q.   You recall?

23   A.   Yes.

24   Q.   You recall occasionally either messing

25   with your hair, scratching your face or something

88

1  that same interrogatory still on page 6 of

2  Exhibit R, you see that under B I ask, Please

3  describe with particularity whether you followed

4  DeShazer's order to get back in the car.

5       There you see under B -- let me read it

6  to you.  It says, DeShazer had ordered us out of

7  the car.  After my mother instructed me to run for

8  help he blocked me off, then ordered me back in

9  the car.

10      Do you see that?

11  A.  Yes.

12  Q.  There is in fact, again in your response

13  to Exhibit B, you indicate that in fact there was

14  an order to get back in the car.  Isn't that true?

15  A.  Yes.

16  Q.  Now, just a couple more questions.

17  Page 9 -- or actually I'll just do it this way.

18      Do you recall -- and I apologize for

19  having to go into this area but this is a lawsuit.

20  I have the right to ask these questions without

21  trying to embarrass you and I'm not trying to.

22      You recall there was some testimony

23  almost near the end of your mother's deposition

24  about the effects that this incident had had upon

25  you.  Do you remember that?

89

1   A.  Yes.

2   Q.  I believe she talked about -- and again I

3  apologize for this, but she talked about

4  bedwetting, crying in your sleep, fearful of

5  sleep, outbursts, possible suicidal thoughts, and

6  acting out.

7       Do you remember those general categories?

8   A.  Yes.

9   Q.  Let's take each one in turn.  Again I

10  don't ask this for any personal reasons; just

11  simply about the lawsuit.

12       Prior to the incident on June 17, 2006

13  had you experienced bedwetting?

14   A.  No.

15   Q.  Subsequent to the incident did you

16  experience this phenomenon?  That is, after the

17  incident?

18   A.  Yes.

19   Q.  How long did it go on?  And if it's still

20  going on tell me that as well.

21   A.  It went on after the beating up until my

22  14th birthday, which is June 20.

23   Q.  Almost an entire year later.  Was this

24  every night or just some nights?

25   A.  Some nights.

90

1    Q.  Was it accompanied by bad dreams or any

2  other phenomenon?

3    A.  Yes, by bad dreams.

4    Q.  Did you ever approach a doctor about this

5  issue, whether it be a psychologist or a party who

6  could maybe give you medication to prevent this

7  happening?

8    A.  Yes, I did.  Dr. Verdell Goins.

9    Q.  You and your mother approached him about

10  the bedwetting issue?

11    A.  Yes.

12    Q.  You say on or around your 14th birthday

13  this phenomenon stopped; is that correct?

14    A.  Yes.

15    Q.  Does that also mean to the extent you

16  were having bad dreams associated with the

17  bedwetting that the bad dreams have stopped as

18  well, or become less frequent?

19    A.  The bad dreams have become less frequent

20  but the bedwetting has stopped.

21    Q.  Today do you still have infrequent bad

22  dreams about this incident?

23    A.  Yes.

24    Q.  Let me ask you about the dreams.  Give me

25  a description of them.

91

1    A.   Like when I was getting choked by him I

2    would dream about that and then I'll just wake up

3    in the middle of the night, like, making sure, you

4    know, I'm actually in the bed.

5         And, like, me getting jerked by him and

6    when I was trying to sit up in the video and

7    kicked me back down I wake up from that like real

8    sweaty and I'll go get in bed with my mom.  Or if

9    I'm already in the bed with my mom I lay next to

10   her.

11   Q.   All right.  Let's move on.  These two

12   more categories are still about sleep to some

13   degree.

14       Crying in your sleep.  Is that a

15   phenomenon you experienced immediately after the

16   incident?

17   A.   Yes.  And I still cry in my sleep.

18   Q.   Is it one of these things where you wake

19   up crying?  You wake up and realize you've been

20   crying?

21   A.   Yes.

22   Q.   Okay.  How about fearful of being asleep

23   or going to sleep?  Fear of sleep?

24   A.   When it happened, like within a monthwise

25   of it happening I was.  But as long as I have my

92

1  mom it's okay.

2    Q.  I forgot to ask you about that, those

3  two, the crying and fear of sleep prior to the

4  incident.  Any problem with those prior to the

5  incident?

6    A.  No.

7    Q.  Another category she mentioned was

8  outburst of crying.  Boom, crying.  Was that a

9  phenomenon prior to the incident?

10    A.  No.

11    Q.  Subsequent to the incident?

12    A.  Yes.

13    Q.  Describe that.  Would that occur

14  anywhere?  Would that occur only at home?  Would

15  that occur at home?  At church?  At sports?  What?

16    A.  Anywhere.  Like sometimes when I'm at

17  church we do what they call an altar call where we

18  go around and pray I'll just break down like I

19  broke down Sunday because I started thinking of

20  this and I just broke down on Sunday.

21       And sometimes I could just -- me sitting

22  in my room it just hits me and I start crying

23  again.

24    Q.  That leads me to a couple of other

25  questions.  And I apologize, but sometimes your

93

1  responses lead me to other things I need to find

2  out about.

3      You say, and you've said in response to

4  some of these other categories that what seems to

5  aleve the issue is going to your mother.  Is that

6  right?

7    A.  Yes.

8    Q.  It seems obvious that you and your mother

9  are pretty close.

10    A.  Yes.

11    Q.  All right.  Has your mother chatted with

12  you about what she believes this lawsuit is about?

13    A.  No.

14    Q.  In this entire time you've never had a

15  conversation about DeShazer or the lawsuit or any

16  hopes for the lawsuit?

17    A.  We've had conversations about DeShazer,

18  and how it wasn't right for him to do that, to

19  beat us like he did.

20    Q.  Okay.

21    A.  For no reason.  But as far as having a

22  conversation on the lawsuit we just say, Well, God

23  will bless us with whatever is blessed with us

24  (sic).

25    Q.  You remember my questions about -- and I

95

1    A.  I knew that I was going to, like, be

2  talking about the situation about the beating.

3  And I just broke down and started crying.

4    Q.  I understand that.  I probably put my

5  question poorly.  I apologize.

6        What I meant was you cried on Sunday,

7  correct?  Prior to that had it been a week before

8  you had cried about this?  Had it been a month?

9  How long had it been before?

10    A.  About two weeks.

11    Q.  What was that occasion about?

12    A.  When -- when we were reviewing the video.

13    Q.  At the previous deposition?

14    A.  Yes, at the previous deposition.  And

15  then two days after that when we went home and we

16  were reviewing the video I just started crying.

17    Q.  And which video are you talking about?

18  Are you talking about the video of the two cars?

19    A.  Yes.

20    Q.  And everybody gathering around the cars?

21  That's the video in particular?

22    A.  Yes.  And sometimes I start crying

23  because there are things that happened that aren't

24  even on the tape.

25    Q.  Okay.  Suicidal thoughts.  Have you

96

1   expressed either to your mother or a medical

2   professional or anybody, whether it be this Sierra

3   Jordan, Ms. Jordan, or whoever, the notion that

4   you felt like committing suicide?

5      A.   I maybe talked about it with my mom

6   'cause I know she could help me.

7      Q.   Tell me what it is you've talked to her

8   about in terms of the notion of committing

9   suicide.

10      A.   I talked to her about -- well, if maybe

11   if I would have never told her to go report it

12   maybe -- maybe I wouldn't have been scarred all my

13   life like I am now.

14         And like how I take into consideration

15   that it's my fault that this happened to us and

16   that -- yeah.

17      Q.   Why do you say it's your fault?

18      A.   Because if I wouldn't have never told my

19   mom to go back and report it we would have never

20   got beat.

21      Q.   That's your feeling about it?

22      A.   'Cause that's how I feel.  Because that's

23   only why he beat us is because we went in there

24   and reported that he called us the F-ing N.

25         That's our consequence for going and

97

1  reporting somebody that's in a uniform that's

2  supposed to protect us for calling us out of our

3  name.  I guess that's the consequence is getting

4  beat.

5      Q.  How many times have you expressed to your

6  mother the notion that this feeling comes up and

7  that you feel like suicide might be an answer?

8      A.  Only once.

9      Q.  When was this?

10     A.  I don't remember the exact date.  I don't

11  remember --

12     Q.  I know because it's been a long time

13  since the incident.

14         Let me ask it this way.  Was it a year

15  after the event?  Was it very soon after?

16     A.  It was the between the end of '06 and

17  sort of like middle of '07.   So between --

18     Q.  Sometime in the spring?

19     A.  Yes, around that time.

20     Q.  Spring of '07?

21     A.  Yes.

22     Q.  It's been almost a whole year since that

23  talk ever happened.  Is that right?

24     A.  Yes.

25     Q.  As a result of that talk did your mother

98

1  seek professional help for you with a doctor, a

2  psychologist, a psychiatrist, anything like that?

3  Or did you just talk it through the both of you?

4     A.  I just mainly talked it through with my

5  mom.

6     Q.  Okay.  No more thoughts like that?

7     A.  No.

8     Q.  Let's talk about -- and maybe to some

9  degree you've already talked about this.  In your

10  response to these things you talk about pain and

11  suffering, embarrassment, medical, psychological

12  and social issues.

13        Then you also speak about school issues.

14  What are the school issues that have arisen as a

15  result of this?

16     A.  My -- well, one, my academics has

17  dropped, talking about grades have fallen.  My --

18  every time -- because we have Aurora police

19  officers working at our school.  Every time I see

20  them I fear for my life because they may be like

21  DeShazer.

22        But I don't always put them in that

23  category because I do know there are some good

24  cops.

25     Q.  Just a moment.

120

1  better be back in the car before I could count to

2  3.

3      Before I could even turn around he was

4  already at 3, like 1, 2, 3.

5    Q.  Did you attempt to turn around at all?

6    A.  I tried to.  Before I could he already

7  jerked me right around behind my back.

8    Q.  At that point in time he had his hands on

9  you?  Is that what you're saying?

10    A.  Yes.

11    Q.  And what happened next?

12    A.  Then next thing I know he's just jerking

13  my arm all the way behind my back.  And I fall to

14  the ground.  And then his car is right here.  This

15  is his car; that is my mom's car, and this is me.

16  I'm just laying right in between the cars.

17      And he's -- he still has my right arm

18  behind my back.  And he jerks me -- no, before he

19  jerks me around he has his hand around my neck

20  choking me; not in a choke hold, he is choking me.

21      And then he gets up, jerks me around the

22  concrete, as you can see on the video, him pulling

23  me across the concrete, laying me flat on my

24  stomach by his tire.  And then puts his knee in my

25  back and grabs my other arm and arrests me.

121

1       Then when I try to sit up he pushes me

2   down.  He pushes me right back down and kicks me.

3       Q.  Let's break this up a little bit.  I know

4   this is difficult for you.

5       Describe in particular what you claim my

6   client did to you.  Let's start with the initial

7   interaction.  I think from your testimony you

8   indicated that he said 1, 2, 3 extremely quickly?

9       A.  Yes.

10      Q.  And at that point in time you tried to

11  turn around and get back in the car?

12      A.  Yes.

13      Q.  All right.  What happened?  What are you

14  claiming that my client did right after that

15  incident?

16      A.  Before I could turn around he grabbed my

17  right arm by my wrist, jerked it behind my back,

18  bringing it all the way behind my back shoving it

19  up my back and I fell to my knees.

20      (Mr. Morales left the deposition.)

21      A.  When I fell to my knees I laid on the

22  ground.  I was on my stomach on the ground.  And

23  then he's putting his arm -- his hand around my

24  neck and he's choking me.

25      By that time my mom is out of the car

126

1  every right to be here.

2       (Mr. Meseck left the deposition.)

3       (Lengthy break.)

4       (BY MR. OSBORNE)  Q.  I believe when we

5  left off, Ms.  Rice, we were talking about your

6  injuries.

7    A.  Yes.

8    Q.  And could you describe what injuries you

9  are alleging as a result of the arrest on June 17,

10  2006?

11    A.  Fractured shoulder, a fractured shoulder.

12    Q.  Okay.  And what do you mean by that,

13  fractured shoulder?

14    A.  My shoulder's fractured, like --

15    Q.  What part of your shoulder?

16    A.  The scapula.

17    Q.  The scapula?

18    A.  Scapula.

19    Q.  And that's the only fracture that you

20  have?

21    A.  Yes.

22    Q.  Okay.  Now, there's been discussion about

23  your collarbone.  Was that fractured as well?

24    A.  It's healed but -- it was fractured but

25  it's healed.

127

1    Q.  Your collarbone was fractured?

2    A.  Yes.

3    Q.  And as well as your scapula?

4    A.  Yes.

5    Q.  Is that correct?

6    A.  Yes.

7    Q.  I don't want to put words in your mouth

8  so you have to tell me.  Was it your collarbone

9  and your scapula?

10    A.  No, it's my scapula.

11    Q.  So your scapula?

12    A.  Yes.

13    Q.  And not your collarbone?

14    A.  No.

15    Q.  Was your collarbone ever broken as a

16  result of the incident that we're talking about

17  here today?

18    A.  No.  It was just three parts of my

19  scapula.

20    Q.  Okay.  So the scapula is this bony kind

21  of plate on the back of your rib cage?

22    A.  Yes.

23    Q.  Correct?

24    A.  Yes.

25    Q.  And what part of that was fractured?

128

1    A.   I don't remember the parts that they

2  said.  But they said it was fractured in three

3  places.

4    Q.   And who said that?

5    A.   The doctor that I went to go see at

6  the -- it was the doctor I went to go see.  He had

7  called my mom Sunday and told her to bring me in

8  on Monday.  And I don't recall the name of the

9  doctor, the doctor's name.

10    Q.   Fair enough.  We're talking about right

11  after the incident happened?

12    A.   Right after the incident happened I went

13  to Children's Hospital.  And she said that --

14  first I went to the detention center, then I came

15  back to King Soopers.

16        I went to the Children's Hospital and the

17  doctor, Amy or Anna or something like that she

18  said, There's too much swelling to determine

19  whether she has a fracture, whether she's

20  fractured.

21        So she said, So it's best that you bring

22  her back in between two to three days once the

23  swelling goes down.

24        Then they took measurements of the

25  fingerprints on my neck.

181

1    Q.  What do you think the court system would

2  do if they think you're lying?

3    A.  I don't know.  I don't know.

4    Q.  Nobody's ever told you?   So far as in

5  legal terms you don't really know what the oath

6  means other than you're supposed to tell the

7  truth, correct?

8    A.  Correct.

9    Q.  I'm not trying to fool you.  I want to

10  see how much you know about the system.

11      How many times do you think you've seen

12  the video where you see the police car, your mom

13  and yourself being arrested?

14    A.  More than -- more than -- between 15 and

15  30 times.

16    Q.  Fifteen and what?

17    A.  Thirty times.

18    Q.  Between 15 and 30 times?

19    A.  Yes.

20    Q.  So you've seen it a lot?

21    A.  Yes.

22    Q.  Other than the video does Mr. Sands ever

23  push or strike you ever at any other time?

24    A.  Other than the video?   No, he hasn't.

25    Q.  According to your testimony this morning

182

1  you believe Mr. Sands at one point in this video

2  pushed you or kicked you.

3    A.  Correct.

4    Q.  And you actually saw with your own eyes

5  that Mr. Sands pushed you with his hands?

6    A.  Yeah.  No, he kicked me with his foot.

7    Q.  Which foot did he kick you with?

8    A.  I want to say his right foot.

9    Q.  You've seen this video 15 to 30 times.

10  You still don't know if he kicked you with his

11  right foot or his left foot?

12    A.  It was his right foot.

13    Q.  Now you remember it was his right foot?

14    A.  Yes, it was his right foot.

15    Q.  Did he get way back to kick you or was it

16  just a little kick?

17    A.  No, he did not get way back to kick me.

18  It was a mid sized kick.

19    Q.  Mid sized kick?  He just kicked you?

20  Where did he kick you?

21    A.  On my side, my right side.

22    Q.  Which side?

23    A.  Right side.

24    Q.  In the ribs?

25    A.  Yes.

183

1    Q.  And you can see this in this film?

2    A.  You cannot see it in this film, but you

3   can see it in different films.

4    Q.  In a different film?  What different film

5   can you see it in?

6    A.  Like I said in this film they -- the time

7   might not be cut up but they have redacted this

8   film.  And a lot of things that happened outside

9   of this film aren't on there.

10    Q.  You're telling us there's a lot of things

11   in this video that have been taken out?

12    A.  Yes, a lot of things in this video have

13   been taken out.

14    Q.  Okay.

15    A.  Or has not been recorded on that film.

16    Q.  And the part where Mr. Sands kicked you

17   is not in this video, is it?

18    A.  Is not in that video.

19    Q.  And you don't see him push you in this

20   video either, do you?

21    A.  No, you do not.

22    Q.  Who told you that this film has been

23   edited and things taken out?

24    A.  No one has told me.  I saw it from my own

25   eyes.

184

1    Q.  You saw from your own eyes?

2    A.  Yes, I have.

3    Q.  Can you show me how you were down on the

4  ground?  Can you get up and show me how you were

5  down on the ground when you saw Mr. Sands kick

6  you?

7    A.  Well --

8    Q.  You can get up; that's fine.  Don't feel

9  uncomfortable.

10       Maybe you can see it in the video.  Can

11  you see it in the video at some point before or

12  after where he would have kicked you probably in

13  this video?  If I show you that would that be

14  easier?

15    A.  Yes.

16    Q.  Would it?  Okay.

17       Now, what I want you to do is I'm going

18  to show you the video.

19       MR. HIGGINS:  Is it labeled, Peter?

20       MR. MORALES:  Labeled Exhibit J.

21       (BY MR. HIGGINS)  Q.  We're going to look

22  at Exhibit J, and then we'll go back and you tell

23  me what part of the film was taken out, okay?  And

24  where he kicked you, okay?

25       You tell me, Stop right there.  That's

185

1  where it was.

2      And it was just one kick, right?

3  A.  Yes.

4  Q.  When you say "medium kick," show me how

5  he did it.

6  A.  Like that.

7  Q.  Like that?

8  A.  But you can't really see because the tall

9  security guard is sort of in line with him so you

10  can't really --

11  Q.  See the kick?

12  A.  Yes.

13  Q.  Do you see in this video Mr. Sands coming

14  over and putting his hand on the back of Officer

15  DeShazer?  Do you remember that?

16  A.  Yes, I do.

17  Q.  Did the kick happen just about that time?

18  A.  Yes, it was, because DeShazer was on the

19  ground trying to put me in cuffs.  And then here

20  is Sands leaning on him and here goes his foot

21  like that.

22  Q.  Show me that kick again.

23  A.  Okay.  His foot goes like that.  While

24  he's leaning on DeShazer his foot goes like that.

25  Then when I sit up by DeShazer's wheel and I try

186

1  to sit up that's when DeShazer pushed me back

2  down.

3      Q.  Mr. Sands didn't kick you at that point,

4  did he?

5      A.  No, he didn't.

6      Q.  Just that one kick?

7      A.  Yes.

8      Q.  And you don't see it in the video.  The

9  kick that you've shown me is maybe -- the kick is

10  about eight inches.  Would that be about right?

11      A.  Yes, 'cause here's DeShazer.  I'm right

12  here on the ground.  This is him like that.

13      Q.  You just showed me a kick about eight

14  inches?

15      A.  Yes.

16      Q.  Okay.  Let's look at the video and you

17  tell me.  Say, That's it.  Right there is where

18  they took part of it out.

19          Cassidy, has the kick already occurred?

20      A.  Oh, yes.

21      Q.  I'm sorry.

22      A.  I thought we were going --

23      Q.  I'll go back.  I want you to tell me

24  where the kick was.

25      A.  It was when he was running up and

187

1   approaching him.  That's when I was between the

2   both cars.

3       Q.  Let me go back then.  It was right

4   when --

5       A.  Yeah.

6       Q.  Here they go.  They are running down.

7   You tell me just right at the point that you think

8   this has been edited and he kicked you.

9       A.  You see when Jeff gets in line with him

10  for a little bit?  You might have to rewind it.

11      Q.  It's already happened?

12      A.  Yes.  When he gets in line.  Okay.  You

13  can go forward.  Right when they both get lined up

14  is when it happens 'cause it's real hard to see

15  his foot.  Right when they get lined up is where

16  it happens.  It's like a quick second right there.

17      Q.  Right there?

18      A.  Right there, 'cause they are lined up.

19      Q.  That's where he came over and he kicked

20  you?

21      A.  Yes.

22      Q.  That's at 21:50:45.  And did you get a

23  bruise in your ribs?

24      A.  No.

25      Q.  You don't know if he tripped?  Did you

188

1  actually see him look at you and kick you?

2     A.  I didn't see him look at me.

3     Q.  He might have tripped and kicked you

4  accidentally.  Could that have happened?

5     A.  No, because he was already going back.

6  He was already going out of King Soopers to

7  DeShazer's car telling him what was going on so I

8  don't think that was a trip or an accidental kick.

9     Q.  Did you actually see the kick?  Were you

10  looking at him when he kicked you?

11     A.  I saw the navy blue -- it was a light

12  blue leg.

13     Q.  Light blue leg?

14     A.  Yes, 'cause King Soopers has a light blue

15  uniform.  And he kicked me right there on my side.

16     Q.  Okay.  And did you see his face?

17     A.  No, because DeShazer had my -- like after

18  when I saw -- when I saw -- this is Ernie Sands

19  right here and this is me on the ground.  This is

20  his foot, his light blue foot like that.  And he

21  kicks me.

22     Q.  My question is, did you see Mr. Sands'

23  face just before he kicked you?

24     A.  I did not see his face.

25     Q.  All you saw was some blue pants?

189

1   A.  Yes.

2   Q.  Because they were blue pants you assumed

3 it was Mr. Sands?

4   A.  Yes, I do.

5   Q.  And you really don't know whether he

6 kicked you or tripped?

7   A.  I don't think he tripped because he was

8 already going back and forth.  He was going out of

9 King Soopers to a navy blue car telling them

10 information.

11   Q.  Let me ask you.  If a police officer

12 asked you to help and he was trying to arrest

13 somebody would you in fact help a police officer?

14   A.  No, I wouldn't.

15   Q.  Would you have done it, helped a police

16 officer before this incident if they had asked

17 you?

18   A.  No.

19   Q.  Why not?

20   A.  Because what -- whatever they are dealing

21 with isn't my problem.

22   Q.  Okay.  So if a police officer says, Hey,

23 could you help me over here, you would not help.

24 You would stay out of it, right?

25   A.  Yes, 'cause it might endanger my life