**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-00355-RPM-MEH

LOREE McCORMICK-RICE,
CASSIDY RICE, through her next friend Loree McCormick-Rice,

    Plaintiffs,

v.

CHARLES DESHAZER, in his official and individual capacity,
DILLON COMPANIES, INC. d/b/a KING SOOPERS, INC., a Kansas corporation, and
EARNEST SANDS,

    Defendants.
_____

**PLAINTIFFS' RESPONSE TO DEFENDANT KING SOOPERS' AND EARNEST SANDS' MOTION FOR SUMMARY JUDGMENT - EXHIBIT 5
(CONVENTIONALLY SUBMITTED)**
_____

Exhibit 5 - June 17, 2006 video of Plaintiffs' arrest.