# EXHIBIT 6

King Soopers, Inc.      Copy 06-28828
15,250 E Mississippi            6-17-06
Aurora, Colo. 80012
3/ 671-8697-

Circa (2140 hrs) The undersigned observed a Blk Female, later I.D. as (Lorie McCorrick). Yelling at a courtesy clerk in the parking lot in front of the store, to go and get the store manager, Now! She (McCorrick) drove her vehicle into the handicap stall and got out, went into the store. McCorrick was belligerent, using profanity, etc. She was claiming unknown parties had call her the "N" word. For the record I never heard the (Ofc) or anyone else call her the "N" word. She was attempting to insight a disturbance. She was calling out to every black within her sight, "please help me, please they are calling me a "N" something to that effect.

As McCorrick and Daughter (Rice, Cassidy) were driving off, west bound, I heard one of the individual, yell out, "Fuck you"! Sgt. Deshazer went after the McCorrick

```
** JOB STATUS REPORT **        AS OF  JUN 17 2006 10:52 PM  PAGE.01
                                      KING SOOPERS #10

**** INCOMPLETE DESTINATION(S) HIGHLIGHTED BELOW ****

     JOB #567

     DATE  TIME      TO/FROM      MODE   MIN/SEC   PGS   STATUS
 001 6/17  10:52P                 3 ----S  00'00"   000   STOP
```

Vehicle at the time. Several customers came upon the scene saying the Aurora ofc. (Sgt Deshazer) was needing help, with (MC Orricle and Rice) at or near Chambers Circle (S.W.) corner of the store.

Jeff Kuebler (King Soopers Sec ofc.) and the undersigned arrived on the scene. I asked the Sergeant if he needed "help" he replied, Yes!

Sgt. Deshazer pulled the daughter away from the mother, at that time I took control of the mother, keeping her away. The Sgt and Ms. Rice. Both parties were very combative towards the Aurora ofc.

Senior ofc. Notified - Vic Morris/Rose.

Ernest D. S[  ]
Security Guard

Witness
Ofc. S. Fazio 24674
S. F[  ]