# EXHIBIT 7

# CITY OF AURORA SUMMONS AND COMPLAINT

P# 9370104

MUNICIPAL COURT IN AND FOR THE CITY OF AURORA, STATE OF COLORADO, THE CITY OF AURORA BY AND ON BEHALF OF THE PEOPLE OF THE STATE OF COLORADO VS

SUMMONS #: J 71838
OCA: 06-28828
CONNECTING OCA:
GEO. CODE:

| DEFENDANT: LAST | FIRST | MIDDLE | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|
| RICE | CASSIDY | SYMONE | 550 ALTON WY #7154 | DENVER | CO | 80230 |

| DR. LIC. #: | STATE | DATE OF BIRTH 062093 | RACE B | SEX F | WT. 118 | HT. 5'2 | HAIR BLK | EYES BRO |
|---|---|---|---|---|---|---|---|---|

| VEH. LIC.: | TYPE | STATE | YR. | VEH. COLOR | YEAR | MAKE | MODEL |
|---|---|---|---|---|---|---|---|

| HOME TELEPHONE (303)364-8609 | EMPLOYER & ADDRESS Aurora Hills M.S. 8TH | WORK TELEPHONE ( ) |
|---|---|---|

YOU ARE HEREBY ORDERED TO APPEAR BEFORE THE MUNICIPAL COURT AT THE ADDRESS OF 14999 E. ALAMEDA PARKWAY, AURORA, COLORADO 80012 ON __07__ __03__ DIV 4, __2006__ AT __8:00 A__ .M.

TO ANSWER TO THE CHARGE(S) OF VIOLATING THE FOLLOWING SECTION(S) OF THE CITY CODE OF THE CITY OF AURORA, STATE OF COLORADO, AS AMENDED, AT THE APPROXIMATE LOCATION OF: __15250 E MISSISSIPPI AVE__ IN THE CITY OF AURORA, STATE OF COLORADO WHICH OCCURRED ON __06__ __17__, __2006__ AT THE APPROXIMATE TIME OF __9:48__ AM/PM

☑ RELEASED ON SUMMONS
☐ IN CUSTODY

☐ DOMESTIC VIOLENCE    ☑ JUVENILE, ONE PARENT MUST APPEAR

| SEC NO | RELATING TO | DISPO | SEC NO | RELATING TO | DISPO | SEC NO | RELATING TO | DISPO |
|---|---|---|---|---|---|---|---|---|
| 94-341 | JUVENILE CURFEW | 6300 | 98-56 | VIOLATION OF PARK CURFEW | 5707 | | **TRESPASS** | **94-71** |
| 94-218 (b) | POSSESSION OF CANNABIS ONE OUNCE OR LESS | 3562 | 94-109 | SOUND AMPLIFYING EQUIPMENT | 5312 | 94-71 (2) | REFUSAL TO LEAVE WHEN ORDERED | 5707 |
| 94-378 | OBSTRUCTING / INTERFERENCE | 4899 | 94-386 | VIOLATION OF COURT ORDER | 5005 | 94-71 (4) | SCHOOL PROPERTY / FAILURE TO OBEY INSTRUCTION | 5707 |
| 94-380 | FALSE REPORTING TO AUTHORITIES | 4803 | 94-78 | RECEIVING STOLEN PROPERTY | | 94-71 (5) | TRESPASS ENCLOSED PROPERTY | 5707 |
| 94-381 | FALSE STATEMENT TO CITY PERSONNEL | 4899 | 94-7 | SELLING OF MERCHANDISE | 6102 | 94-71 (6) | TRESPASS / UNPRIV. ENTRY / REMAIN | 5707 |
| X 94-383 | RESISTING ARREST | 4801 | 94-81 | DEFACING PROPERTY | | 94-71 (7) | POSTED SCHOOL GROUNDS | 5707 |
| 94-6 | ACCESSORY TO ORDINANCE VIOLATION | | 94-107 | DISTURBING THE PEACE | 5312 | 94-71 (8) | AFTER WRITTEN NOTICE GIVEN | 5707 |
| 94-36 | ASSAULT | 1313 | 94-72 | LOITERING – SCHOOL GROUNDS | 6399 | | **HARASSMENT** | **94-42** |
| 94-37 | BATTERY | 1399 | 94-112 | LOITERING – DRUG RELATED ACTIVITY | 6399 | 94-42 (1) | HARMFUL, PAINFUL / OFFENSIVE CONTACT | 5307 |
| 94-38 | RECKLESS ENDANGERMENT | 7099 | 94-150 | POSSESSION FIREARM UNDER INFLUENCE / INTOXICATED | 5212 | 94-42 (2) | OBSCENE LANGUAGE / GESTURE | 5311 |
| 94-39 | FALSE IMPRISONMENT | 1099 | 94-79 | CRIMINAL TAMPERING | | 94-42 (4) | TELEPHONE THREATS / OBSCENITIES | 5309 |
| 94-41 | MENACING | | 94-312 | UNLAWFUL SALE OF ALCOHOLIC BEVERAGE | 4102 | 94-42 (5) | TELEPHONE / NO LEGITIMATE PURPOSE | 5309 |
| 94-73 | INJURY TO PROPERTY | | IFC 3301-1.3 | FIREWORKS PROHIBITED | 5211 | 94-42 (7) | INSULTS / TAUNTS / CHALLENGES | 5311 |
| 94-74 (a) | THEFT | | | **DISORDERLY CONDUCT** | **94-110** | | **POSSESSION/CONSUMPTION OF ALCOHOLIC BEVERAGE** | **94-313** |
| 94-83 | MOTOR VEHICLE TRESPASS | 5707 | 94-110 (1) | ABUSIVE LANGUAGE / THREATS CREATING DANGER OF VIOLENCE | 5311 | 94-313 (a) | PUBLIC PLACE UNDER 21 | 4104 |
| 94-74 (d) | THEFT / DEFRAUD ESTABLISHMENT | 2607 | 94-110 (2) | FIGHTING | 5311 | 94-313 (b) | PUBLIC PLACE OPEN CONTAINER | 4104 |
| 94-75 | MOTOR VEHICLE THEFT | 2404 | 94-110 (3) | DISPLAY DEADLY WEAPON | 5311 | 94-313 (c) | GLASS CONTAINER / PARK / RECREATION AREA | 4104 |
| 94-144 (a) | CARRYING A CONCEALED WEAPON | 5202 | 94-110 (4) | ALTER / BEFOUL PROPERTY | 5311 | | **PROSTITUTION** | **94-216** |
| 94-144 (c) | UNLAWFUL DISPLAY OF WEAPON | 5299 | X 94-110 (5) | FAILURE TO OBEY ORDER | 5311 | 94-216 (b) | OFFERS / AGREES TO PERFORM SEX FOR THINGS OF VALUE | 4004 |
| 94-145 (a) | POSSESSION OF ILLEGAL WEAPON | 5212 | | **TRESPASS** | **94-71** | 94-216 (c)(1) | PURCHASES / OFFERS TO PURCHASE SEX | 4004 |
| 94-146 (a) | DISCHARGING OF WEAPON IN THE CITY | 5213 | 94-71 (1) | TRESPASS SIGN POSTED | 5707 | 94-216 (c)(2) | FURTHERING | 4004 |

1. SEC. NO. _____ RELATING TO: _____
2. SEC. NO. _____ RELATING TO: _____
WITNESS / VICTIM NAME          ADDRESS          ZIP     DOB     PHONE (BUS. & HOME)

RIGHT INDEX FINGER

A TRUE COPY OF THIS SUMMONS AND COMPLAINT WAS DULY SERVED ON THE ABOVE NAMED DEFENDANT AS PROVIDED BY LAW; ISSUED AND SERVED BY:
AURORA POLICE OFFICER __SGT DESHAZER__ ID NO. __20782__ DATE __6/17/06__

APD 084 (REV. 2/06)

# CITY OF AURORA SUMMONS AND COMPLAINT

MUNICIPAL COURT IN AND FOR THE CITY OF AURORA, STATE OF COLORADO, THE CITY OF AURORA BY AND ON BEHALF OF THE PEOPLE OF THE STATE OF COLORADO VS

SUMMONS # J 03041
OCA: 06-28828
CONNECTING OCA: _____
GEO. CODE: _____

| DEFENDANT: LAST | FIRST | MIDDLE | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|
| Rice | Loree | M | 550 Alton Way #7154 | Denver | CO | 80230 |

| D.L. # | STATE | DATE OF BIRTH | RACE | SEX | WT. | HT. | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|
| 12-192-5801 | CO | 1/9/55 | B | F | 135 | 506 | BN | — |

| VEH. LIC. | TYPE | STATE | YR. | VEH. COLOR | YEAR | MAKE | MODEL |
|---|---|---|---|---|---|---|---|
| 844066 | PC | CO | | Silver | | M1201 | MPV |

HOME TELEPHONE | EMPLOYER & ADDRESS | WORK TELEPHONE

YOU ARE HEREBY ORDERED TO APPEAR BEFORE THE MUNICIPAL COURT AT THE ADDRESS OF 15001 E. ALAMEDA DRIVE, AURORA, COLORADO 80012 ON **July 6th** AT **8:00 A.M.**

TO ANSWER THE CHARGE(S) OF VIOLATING THE FOLLOWING SECTION(S) OF THE CITY CODE OF THE CITY OF AURORA, STATE OF COLORADO, AS AMENDED, AT THE APPROXIMATE LOCATION OF: County of Arapahoe 15250 E Miss IN THE CITY OF AURORA, STATE OF COLORADO, County of Adams WHICH OCCURRED ON **June 17 2006** AT THE APPROXIMATE TIME OF **9:52 PM**

☐ JUVENILE, ONE PARENT MUST APPEAR

| ✓ | SEC. NO. | RELATING TO | ✓ | SEC. NO. | RELATING TO | ✓ | SEC. NO. | RELATING TO |
|---|---|---|---|---|---|---|---|---|
| | 94-341 | JUVENILE CURFEW | | | DISORDERLY CONDUCT 94-110 | | 94-75 | MOTOR VEHICLE THEFT |
| | 94-218(b) | POSSESSION OF CANNABIS ONE OUNCE OR LESS | | 94-110(1) | ABUSIVE LANGUAGE / THREATS CREATING DANGER OF VIOLENCE | | 94-107 | DISTURBING THE PEACE |
| ✓ | 94-378 | OBSTRUCTING PEACE OFFICER INTERFERENCE WITH POLICE OR FIRE FIGHTER | | 94-110(2) | FIGHTING | | 94-314(b) | POSSESSION / CONSUMPTION OF ALCOHOLIC BEVERAGE BY UNDERAGED PERSON |
| | 94-380 | FALSE REPORTING TO AUTHORITIES | | 94-110(3) | DISPLAY DEADLY WEAPON | | | PROSTITUTION 94-216 |
| | 94-381 | FALSE STATEMENT TO CITY PERSONNEL | | 94-110(4) | ALTER / BEFOUL PROPERTY | | 94-216(b) | OFFERS / AGREES TO PERFORM SEX FOR THING OF VALUE |
| | 94-383 | RESISTING ARREST | ✓ | 94-110(5) | FAILURE TO OBEY ORDER | | 94-216(c)(1) | PURCHASES / OFFERS TO PURCHASE SEX |
| | 94-6 | ACCESSORY TO ORDINANCE VIOLATION | | | HARASSMENT 94-42 | | 94-216(c)(2) | FURTHERING |
| | 94-36 | ASSAULT | | 94-42(1) | HARMFUL PAINFUL / OFFENSIVE CONTACT | | | |
| | 94-37 | BATTERY | | 94-42(2) | OBSCENE LANGUAGE / GESTURE | | 94-217 | LEWD OR INDECENT ACT |
| | 94-38 | RECKLESS ENDANGERMENT | | 94-42(4) | TELEPHONE THREATS / OBSCENITIES | | 94-144(a) | CARRYING CONCEALED WEAPON |
| | 94-39 | FALSE IMPRISONMENT | | 94-42(5) | TELEPHONE / NO LEGITIMATE PURPOSE | | 94-144(c) | UNLAWFUL DISPLAY OF WEAPON |
| | 94-40 | STALKING | | 94-42(7) | INSULTS / TAUNTS / CHALLENGES | | 94-145(a) | POSSESSION OF ILLEGAL WEAPON |
| | 94-41 | MENACING | | 94-42(8) | WRITTEN / PRINTED / GRAPHIC MATERIAL | | 94-146(a) | DISCHARGING OF WEAPON IN THE CITY |
| | | TRESPASS 94-71 | | 94-312 | UNLAWFUL SALE – ALCOHOLIC BEVERAGE | | | |
| | 94-71(2) | REFUSAL TO LEAVE WHEN ORDERED | | | POSSESSION / CONSUMPTION OF ALCOHOLIC BEVERAGE 94-313 | | 94-150 | POSSESSION OF FIREARM UNDER INFLUENCE OF INTOXICANT |
| | 94-71(4) | SCHOOL PROPERTY / FAILURE TO OBEY INSTRUCTION | | 94-313(a) | PUBLIC PLACE UNDER 21 | | 98-56 | VIOLATION OF PARK CURFEW |
| | 94-71(7) | POSTED SCHOOL GROUNDS | | 94-313(b) | OPEN CONTAINER – PUBLIC PLACE | | 94-109 | SOUND AMPLIFYING EQUIPMENT |
| | 94-71(8) | AFTER WRITTEN NOTICE GIVEN | | 94-313(c) | GLASS CONTAINER – PARK / RECREATION AREA | | | |
| | 94-73 | INJURY TO PROPERTY | | 94-313(d) | AT ATHLETIC EVENT – PARK / RECREATION AREA | | 94-386 | VIOLATION OF COURT ORDER |
| | 94-74(a) | THEFT | | | | | | |
| | 94-74(d) | DEFRAUD PUBLIC ESTABLISHMENT | | | | | | |

1. SEC. NO. _____ RELATING TO: _____
2. SEC. NO. _____ RELATING TO: _____

WITNESS OR VICTIM (SPECIFY W OR V) NAME   ADDRESS   ZIP   DOB   PHONE (BUS. & HOME)
V W _____
V _____
V W _____
V W 58705 _____
V W _____

A TRUE COPY OF THIS SUMMONS AND COMPLAINT WAS DULY SERVED ON THE ABOVE NAMED DEFENDANT AS PROVIDED BY LAW; ISSUED AND SERVED BY:
AURORA POLICE OFFICER SGT. DESHAZER NO. 20782 DATE 6/17/2006

A40005   REV. 4/97