## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00355-RPM

LOREE McCORMICK-RICE,
CASSIDY RICE, through her next friend Loree McCormick-Rice,

      Plaintiffs,

  v.

CHARLES DESHAZER, in his official and individual capacity,
DILLON COMPANIES, INC., d/b/a KING SOOPERS, INC.,
a Kansas corporation, and ERNIE SANDS,

      Defendants.

---

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

---

Defendants, Dillon Companies, Inc. d/b/a King Soopers, Inc. ("King Soopers") and Ernie Sands ("Mr. Sands"), by and through their attorneys, White and Steele, P.C., by Stephen R. Higgins, Esq., and James M. Meseck, Esq., hereby file the following DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT. The grounds for this motion are set forth fully herein:

1.     Defendants' Reply to Plaintiffs' Response to Defendants' Motion for Summary Judgment, excluding time allowed for mailing, is due June 9, 2008.

2. Pursuant to D.C.COLO.LCivR. 7.1(A), undersigned counsel hereby certifies that he conferred with David A. Lane and Qusair Mohamedbhai, counsel for Plaintiffs. Plaintiffs' counsel is **unopposed** to the relief requested by this Motion.

3. Defendants request an extension to file a reply to Plaintiffs' Response to Defendants' Motion for Summary Judgment up to and including June 30, 2008. Defendants' request this additional time so as to properly respond to the factual allegations and legal arguments set forth in said Plaintiffs' Response.

4. No party will be prejudiced by an approximate three-week extension. The Court has scheduled a trial date of October 6, 2008 in this matter and discovery has concluded.

WHEREFORE, it is respectfully requested that this Court grant Defendants' Unopposed Motion for Extension of Time to File Reply to Plaintiffs' Response to Defendants' Motion for Summary Judgment, up to and including **June 30, 2008**.

Respectfully submitted this 3rd day of June, 2008.

    s/James M. Meseck
    Stephen R. Higgins
    James M. Meseck
    WHITE AND STEELE, P.C.
    950 17th Street, Suite 2100
    Denver, Colorado  80202
    (303) 296-2828
    Fax:  (303) 296-3131
    jmeseck@wsteele.com
    *Attorneys for Defendants*
    *Dillon Companies, Inc. and*
    *Ernie Sands*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 3rd day of June 2008, a true and correct copy of **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** was electronically filed via CM/ECF, sending notification of such filing to the following:

Peter Ruben Morales
Office of the City Attorney
Aurora Municipal Center, Suite 5300
15151 East Alameda Parkway
Aurora, Colorado 80012

David Arthur Lane
Qusair Mohamedbhai
Killmer, Lane & Newman, LLP
1543 Champa Street, Suite 400
Denver, Colorado 80202

David R. Osborne
Hamilton & Faatz, P.C.
1600 Broadway, Suite 500
Denver, Colorado 80202

By:  s/James M. Meseck