## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00355-RPM

LOREE McCORMICK-RICE,
CASSIDY RICE, through her next friend Loree McCormick-Rice,

       Plaintiffs,

  v.

CHARLES DESHAZER, in his official and individual capacity,
DILLON COMPANIES, INC., d/b/a KING SOOPERS, INC.,
a Kansas corporation, and ERNIE SANDS,

       Defendants.

## PROPOSED ORDER

THIS COURT, being fully advised in the premises, hereby ORDERS:

The Defendants' Reply to Plaintiffs' Response to Defendants' Motion for Summary Judgment in this case is to be filed by June 30, 2008.

IT IS SO ORDERED by the Court on this the ___ day of _____, 2008.

       BY THE COURT:

       _____
       HON. RICHARD P. MATSCH
       JUDGE OF THE U.S. DISTRICT COURT