IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00355-RPM

LOREE MCCORMICK-RICE,
CASSIDY RICE, through her next friend Loree McCormick-Rice,

    Plaintiffs,

vs.

CHARLES DESHAZER, in his official and individual capacity,
DILLON COMPANIES, INC., d/b/a KING SOOPERS, INC.,
a Kansas corporation and
EARNEST SANDS,

    Defendants.

## ORDER DENYING MOTION FOR EXTENSION OF TIME

On June 3, 2008, Defendants Dillon Companies and Ernie Sands filed an Unopposed Motion for Extension of Time to File Reply to Plaintiffs' Response to Defendants' Motion for Summary Judgment. No cause for such extension of time is shown in the motion and while it is unopposed, by the plaintiffs, the Court requires adherence to time limitations for proper case management. It is therefore

ORDERED that the motion is denied.

DATED: June 4th, 2008

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge