UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-00355-RPM-MEH

LOREE McCORMICK-RICE,
CASSIDY RICE, through her next friend Loree McCormick-Rice,

      Plaintiffs,

v.

CHARLES DESHAZER, in his official and individual capacity,
DILLON COMPANIES, INC., d/b/a KING SOOPERS, INC.,
a Kansas corporation, and ERNIE SANDS,

      Defendants.

---

**DEFENDANTS' DILLON COMPANIES, INC. AND ERNIE SANDS RENEWED UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

---

Defendants' Dillon Companies, Inc. d/b/a King Soopers, Inc. ("King Soopers") and Ernie Sands ("Mr. Sands"), by and through their attorneys, White & Steele, P.C., by Stephen R. Higgins, Esq. and James M. Meseck, Esq., hereby file the following DEFENDANTS KING SOOPERS AND SANDS' RENEWED UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT. The grounds for this motion are set forth fully herein:

    1.    Defendants filed their Motion for Summary Judgment and supporting Memorandum on April 4, 2008.

2.  In their Motion for Summary Judgment, Defendants King Soopers and Mr. Sands challenged the Plaintiffs' attempt to hold the Defendants, as private actors liable under 42 U.S.C. § 1983. This case involves complex issues and legal relationships. For instance, Plaintiffs seek to apply § 1983 to Defendants King Soopers and Mr. Sands who are private actors and not governmental entities or employees. The basis of the challenge is that Defendant Sands is entitled to qualified immunity, King Soopers cannot be held vicariously liable under § 1983 and the Plaintiffs have failed to factually support the conspiracy claims.

3.  In response to the Defendants' Motion, Plaintiffs filed a twenty-nine (29) page response on May 23, 2008. In the response, Plaintiffs raise numerous factual challenges with citations to the record. These citations need to be verified and confirmed. If incorrect, they require the Defendants to provide corrections with accompanying citations to the record. Also, Plaintiffs cite forty-five (45) cases and legal authority in their lengthy Response Brief. Again, each of these citations must be reviewed and, where applicable, distinguished. In addition, Plaintiffs raised eight (8) separate legal arguments that must be addressed in the Reply Brief.

4.  Defendants request sufficient time to prepare an informed and precise Reply Brief in order to verify the citations to the record, analyze the cited legal authorities, and draft an intelligent response to the Plaintiffs' arguments. The fifteen (15) day deadline pursuant to D.C.Colo.L.Civr 7.1(C) is not sufficient to research, draft and prepare a thoughtful and informative reply.

2

5. As an indication of the complexity of the case and the overwhelming volume of legal authority related to Plaintiffs' claims, it should be noted that Plaintiffs requested two extensions beyond the twenty (20) day D.C.Colo.L.Civr 7.1 (C) response deadline.

6. Undersigned counsel certifies that he previously conferred with David A. Lane and Qusair Mohamedbhai, counsel for Plaintiffs, and Plaintiffs' counsel was unopposed to the requested extension. Defendants did not object and stipulated to Plaintiffs requested extensions.

7. Defendants request an extension to file a Reply to Plaintiffs' Response to Defendants' Motion for Summary Judgment up to and including June 30, 2008.

8. No party will be prejudiced by an approximate three week extension. The Court has scheduled a trial date of October 6, 2008 in this matter and discovery has concluded.

9. A proposed Order is simultaneously filed herewith.

WHEREFORE, it is respectfully requested that this Court grant Defendants' Renewed Unopposed Motion for Extension of Time to File Reply to Plaintiffs' Response to Defendants' Motion for Summary Judgment up to and including June 30, 2008.

Respectfully submitted this 5th day of June, 2008

s/James M. Meseck,
James M. Meseck
Stephen R. Higgins
WHITE AND STEELE, P.C.
950 17th Street, Suite 2100
Denver, Colorado 80202
(303) 296-2828
Fax: (303) 296-3131
jmeseck@wsteele.com

3

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 5th day of June, 2008, a true and correct copy of the **DEFENDANTS' DILLON COMPANIES, INC. AND ERNIE SANDS RENEWED UNOPPOSED MOTION FOR EXTENSION OF TOME TO FILE REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** was electronically filed via CM/ECF, sending notification of such filing to the following:

Peter Ruben Morales
Office of the City Attorney
Aurora Municipal Center, Suite 5300
15151 East Alameda Parkway
Aurora, Colorado 80012

David Arthur Lane
Elizabeth Hunt White
Killmer, Lane & Newman, LLP
1543 Champa Street, Suite 400
Denver, Colorado 80202

David R. Osborne
Hamilton & Faatz, P.C.
1600 Broadway, Suite 500
Denver, Colorado 80202

By: s/James M. Meseck