IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-00355-RPM

LOREE MCCORMICK-RICE,
CASSIDY RICE, through her next friend Loree McCormick-Rice,

    Plaintiffs,

vs.

CHARLES DESHAZER, in his official and individual capacity,
DILLON COMPANIES, INC., d/b/a KING SOOPERS, INC.,
a Kansas corporation and
EARNEST SANDS,

    Defendants.

---

ORDER DENYING RENEWED MOTION FOR EXTENSION OF TIME

---

    Upon consideration of Defendants' Dillon Companies, Inc. and Ernie Sands Renewed Unopposed Motion for Extension of Time to File Reply to Plaintiffs' Response to Defendants' Motion for Summary Judgment [52], filed on June 5, 2008, it is

    ORDERED that the motion is denied.

    DATED: June 6th, 2008

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge