**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-00355-RPM-MEH

LOREE McCORMICK-RICE,
CASSIDY RICE, through her next friend Loree McCormick-Rice,

      Plaintiffs,

v.

CHARLES DESHAZER, in his official and individual capacity,
DILLON COMPANIES, INC. d/b/a KING SOOPERS, INC., a Kansas corporation, and
EARNEST SANDS,

      Defendants.

_____

**PLAINTIFFS' UNOPPOSED MOTION TO SCHEDULE SETTLEMENT CONFERENCE**
_____

Plaintiffs by and through their counsel, David A. Lane and Qusair Mohamedbhai hereby file the following PLAINTIFFS' UNOPPOSED MOTION TO SCHEDULE SETTLEMENT CONFERENCE. The grounds for this motion are set forth fully herein:

1.  Trial in this matter is scheduled to commence October 6, 2008.

2.  The Parties have exchanged written discovery, and conducted depositions of major witnesses. Discovery is now complete.

3.  The Parties feel that a settlement conference at this time may be beneficial.

4.  Undersigned counsel has contacted all Parties' counsel and Magistrate Hegarty's Chambers, and has cleared August 29, 2008 for a settlement conference. Plaintiffs respectfully request the Court refer this matter to Magistrate Hegarty for a settlement conference.

5.  Pursuant to D.C.COLO.LCivR. 7.1(A), undersigned counsel hereby certifies that he conferred with Peter R. Morales and and Stephen Higgins, counsel for Defendants. Defense

counsel are <u>unopposed</u> to the relief requested by this Motion.

WHEREFORE, it is respectfully requested that this Court grant this Motion and for any other relief that this Court deems just and proper.

Respectfully submitted this 30th day of July, 2008.

KILLMER, LANE & NEWMAN, LLP

s/ Qusair Mohamedbhai
_____

David A. Lane
Qusair Mohamedbhai
The Odd Fellows Hall
1543 Champa Street, Suite 400
Denver, Colorado 80202
(303) 571-1000
(303) 571-1001 (FAX)
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 30, 2008, I electronically filed a true and correct copy of the above and foregoing **PLAINTIFFS' UNOPPOSED MOTION TO SCHEDULE SETTLMENT CONFERENCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Peter R. Morales
pmorales@auroragov.org

David R. Osborne
drosborne@handf.com
tmoore@handf.com

Stephen Higgins
shiggins@wsteele.com

s/ Qusair Mohamedbhai
_____

2