**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-00355-RPM-MEH

LOREE McCORMICK-RICE,
CASSIDY RICE, through her next friend Loree McCormick-Rice,

      Plaintiffs,

v.

CHARLES DESHAZER, in his official and individual capacity,
DILLON COMPANIES, INC. d/b/a KING SOOPERS, INC., a Kansas corporation, and
EARNEST SANDS,

      Defendants.

_____

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO SCHEDULE
SETTLEMENT CONFERENCE**
_____

      THIS COURT, being fully advised in the premises hereby ORDERS:

      This matter is referred to Magistrate Hegarty to conduct a settlement conference.

IT IS SO ORDERED by the Court on this the ___ day of ____, 2008

 

 

_____
JUDGE OF THE DISTRICT COURT