IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-00355-RPM-MEH

LOREE MCCORMICK-RICE,
CASSIDY RICE, through her next friend Loree McCormick-Rice,

    Plaintiffs,

vs.

CHARLES DESHAZER, in his official and individual capacity,
DILLON COMPANIES, INC., d/b/a KING SOOPERS, INC.,
a Kansas corporation and
EARNEST SANDS,

    Defendants.

## ORDER OF REFERENCE FOR SETTLEMENT CONFERENCE

Upon consideration of Plaintiffs' Unopposed Motion to Schedule Settlement Conference [55], filed on July 30, 2008, it is

ORDERED that this civil action is referred to United States Magistrate Judge Michael E. Hegarty for the purpose of convening a settlement conference and such other procedures as the Magistrate Judge may deem appropriate for facilitating settlement of this case.

DATED: July 31st, 2008

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge