# MINUTE ENTRY FOR SETTLEMENT CONFERENCE

TO:         DOCKETING

DATED:      August 29, 2008

FROM:       Michael E. Hegarty
            United States Magistrate Judge

RE:         Settlement conference in *McCormick-Rice v. Deshazer*, 07-cv-00355-RPM-MEH

    ____    A settlement conference was held on this date, and a settlement was not reached.

    _X_    A settlement conference was held on this date, and a settlement was reached.

    _X_    The settlement conference was held for 7 hours total.

    _X_    The settlement negotiations were concluded.

    ____    No record was made.

    _X_    A record was made.