**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-00355-RPM-MEH

LOREE McCORMICK-RICE,
CASSIDY RICE, through her next friend Loree McCormick-Rice,

      Plaintiffs,

v.

CHARLES DESHAZER, in his official and individual capacity,
DILLON COMPANIES, INC. d/b/a KING SOOPERS, INC., a Kansas corporation, and
EARNEST SANDS,

      Defendants.

---

## MOTION TO WITHDRAW
---

      David A. Lane, Esq. on behalf of Elisabeth Hunt White, Esq. of KILLMER, LANE & NEWMAN, LLP, pursuant to D.Colo.L.Civ.R. 83.3(D), hereby moves the Court to permit Ms. White to withdraw as counsel for Plaintiffs, and in support thereof states as follows:

      1.    Ms. White, associate counsel is longer employed with KILLMER, LANE & NEWMAN, LLP.

      2.    David A. Lane and KILLMER, LANE & NEWMAN, LLP, will continue to represent Plaintiff.

      3.    Pursuant to Local Rule 7.1A, undersigned counsel hereby certifies that he has conferred with Peter Morales, Esq., David Osborne, Esq., and Stephen Higgins, Esq. counsel for Defendants, who have no objection to the relief requested in this Motion.

      WHEREFORE, undersigned counsel respectfully requests that the Court grant this

1

Motion and permit Ms. White to withdraw as counsel for Plaintiff in this case.

Respectfully submitted this 10th day of September, 2008.

                                          KILLMER, LANE & NEWMAN, LLP

                                          s/ David A. Lane

                                          David A. Lane
                                          KILLMER, LANE & NEWMAN, LLP
                                          1543 Champa Street, Suite 400
                                          Denver, CO 80202
                                          Attorney for Plaintiffs
                                          (303) 571-1000

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Peter R. Morales
Charles H. Richardson
Aurora City Attorney's Office
pmorales@auroragov.org;
crichard@auroragov.org

David R. Osborne
Hamilton & Faatz, PC
drosborne@handf.com

Stephen Higgins
White & Steele, PC
shiggins@wsteele.com

*Counsel for Defendants*

                                          s/ David A. Lane