# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00355-RPM-MEH

LOREE McCORMICK-RICE,
CASSIDY RICE, through her next friend Loree McCormick-Rice,

    Plaintiffs,

v.

CHARLES DESHAZER, in his official and individual capacity,
DILLON COMPANIES, INC. d/b/a KING SOOPERS, INC., a Kansas corporation, and
EARNEST SANDS,

    Defendants.

---

## ORDER

---

THIS MATTER, having come before the Court on the *Motion to Withdraw* filed by David A. Lane on behalf of Elisabeth Hunt White on September 10, 2008, and the Court, having been fully advised in the premises, hereby GRANTS the Motion. Elisabeth Hunt White is permitted to withdraw as counsel of record for Plaintiffs.

Dated the ____ day of _____, 2008.

BY THE COURT

_____
Richard P. Matsch
United States District Judge

1