**MINUTE ENTRY FOR SETTLEMENT CONFERENCE**

TO:            DOCKETING

DATED:    September 12, 2008

FROM:      Michael E. Hegarty
                  United States Magistrate Judge

RE:            Settlement conference in *Graham v. Foxworth-Galbraith Lumber Co.*, 08-cv-00385-RPM -MEH

    _____   A settlement conference was held on this date, and a settlement was not reached.

    __X__   A settlement conference was held on this date, and a settlement was reached.

    __X__   The settlement conference was held for 3 hours total.

    __X__   The settlement negotiations were concluded.

    _____   No record was made.

    __X__   A record was made.