UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00355-RPM

---

LOREE McCORMICK-RICE,
CASSIDY RICE, through her next friend, Loree McCormick-Rice,

Plaintiffs,

v.

CHARLES DESHAZER, in his official and individual capacity,
DILLON COMPANIES, INC. d/b/a KING SOOPERS, INC., a Kansas corporation, and
EARNEST SANDS,

Defendants.

---

### *UNOPPOSED MOTION TO AMEND CAPTION OF CASE*
---

COMES NOW, Defendant Charles DeShazer, by and through his attorneys, David R. Osborne, of Elkus & Sisson, P.C. (individual capacity), and Charles H. Richardson and Peter Ruben Morales, of the Aurora City Attorney's Office (official capacity), and hereby submit his Unopposed Motion to Amend Caption of Case ("Motion"). The grounds for this unopposed Motion are as follows:

1. Claims against Sergeant DeShazer in his official capacity represent only another way of pleading an action against the governmental entity itself. *Monell v. Dept. of Social Services, 436 U.S. 658, 690-n. 55 (1978).* A 42 U.S.C. Section 1983 claim is appropriately plead by naming either the municipality itself or a municipal official in his official capacity. Naming

either is sufficient.  *Stump v. Gates*, 777 F. Supp. 808, 816 (D. Colo. 1991).  Naming both is redundant and leads to confusion.  *Id*.

  2. Contemporaneously with the filing of this pleading, all parties are stipulating to the dismissal of Defendant DeShazer from this action. Instead, the City of Aurora is being substituted for the purposes of accomplishing settlement.

  3.  Peter Ruben Morales, Counsel for Defendant DeShazer (official capacity) has, pursuant to the requirements of D.C. COLO.LCivR 7.1A, Duty to Confer, contacted Plaintiffs' counsel and learned that he has no objection to the proposed Amendment of the case caption.

  4. Accordingly, Defendants request that the caption to the instant case be amended as: *"Loree McCormick-Rice, Cassidy Rice, Plaintiffs v. The City of Aurora, Dillon Companies, and Earnest Sands, Defendants."*

  WHEREFORE, Defendant DeShazer hereby moves to re-caption the case as: *"Loree McCormick-Rice, Cassidy Rice, Plaintiffs v. The City of Aurora, Dillon Companies, and Earnest Sands, Defendants."*

  Dated:  September 17, 2008.

                Respectfully submitted,

                s/ David R. Osborne
                David R. Osborne
                Elkus & Sisson, P.C.
                1660 Lincoln Street, Suite 1750
                Denver, Colorado  80264
                Telephone:  (303) 567-7981
                Facsimile:  (303) 832-1188
                E-mail:  dosborne@elkusandsisson.com

                ATTORNEY FOR DEFENDANT
                DESHAZER (INDIVIDUAL CAPACITY)

                        s/ Peter Ruben Morales
                        Charles H. Richardson
                        Peter Ruben Morales
                        City of Aurora/Office of the City Attorney
                        Aurora Municipal Center, Suite 5300
                        15151 East Alameda Parkway
                        Aurora, Colorado 80012
                        Telephone: (303) 739-7030
                        Facsimile: (303) 739-7042
                        E-mail: pmorales@auroragov.org

                        ATTORNEY FOR DEFENDANT
                        DESHAZER (OFFICIAL CAPACITY)

### *CERTIFICATE OF SERVICE*

      I hereby certify that on this 17th day of September, 2008, I have served the foregoing *UNOPPOSED MOTION TO AMEND CAPTION OF CASE* to the following via e-mail:

David Arthur Lane, Esq.
dlane@kilmerlane.com

Qusair Mohamedbhai, Esq.
qmohamedbha@killmerlane.com

Stephen R. Higgins, Esq.
shiggins@wsteele.com

                        /s/ Maxine Gallegos
                        Maxine Gallegos