UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00355-RPM

---

LOREE McCORMICK-RICE,
CASSIDY RICE, through her next friend, Loree McCormick-Rice,

Plaintiffs,

v.

CHARLES DESHAZER, in his official and individual capacity,
DILLON COMPANIES, INC. d/b/a KING SOOPERS, INC., a Kansas corporation, and
EARNEST SANDS,

Defendants.

---

### STIPULATED MOTION TO DISMISS ALL CLAIMS AGAINST DEFENDANT DESHAZER

---

Plaintiffs, Loree McCormick-Rice and Cassidy Rice, by and through their counsel, David A. Lane and Qusair Mohamedbhai of Kilmer, Lane, and Newman, LLP, and Defendant Charles DeShazer, by and through his attorneys, David R. Osborne, of Elkus & Sisson, P.C. (individual capacity), and Charles H. Richardson and Peter Ruben Morales, of the Aurora City Attorney's Office (official capacity), and request dismissal with prejudice of all claims in the above-captioned law suit pursuant to Fed.R.Civ.P. Rule 41(a)(1)(ii), each party to pay their own attorneys' fees and costs. In support of this Motion, the parties state as follows:

1. Plaintiff and Defendant City have resolved the lawsuit to the satisfaction of each party.

2. In order, however, to accomplish the settlement in a manner which first dismisses Defendant DeShazer, all parties have agreed to Amend the caption to: "Loree McCormick-Rice and Cassidy Rice v. the City of Aurora, et al." Thus, the parties request the dismissal of Defendant DeShazer.

WHEREFORE, the parties request this Court enter an Order dismissing, with prejudice, all claims against Defendant DeShazer pursuant to Fed.R.Civ.P. Rule 41(a)(1)(ii), each party to pay their own costs and attorneys' fees.

Dated: September 17, 2008.

Respectfully submitted,

s/ David A. Lane
David A. Lane
Qusair Mohamedbhai
The Odd Fellows Hall
1543 Champa Street, Suite 400
Denver, Colorado 80202
Telephone: (303) 571-1000
Facsimile: (303) 571-1001
dlane@kilmerlane.com

ATTORNEY FOR PLAINTIFFS


s/ David R. Osborne
David R. Osborne
Elkus & Sisson, P.C.
1660 Lincoln Street, Suite 1750
Denver, Colorado 80264
Telephone: (303) 567-7981
Facsimile: (303) 832-1188
E-mail: dosborne@elkusandsisson.com

ATTORNEY FOR DEFENDANT DESHAZER
(INDIVIDUAL CAPACITY)

s/ Peter Ruben Morales<br>
Charles H. Richardson<br>
Peter Ruben Morales<br>
City of Aurora/Office of the City Attorney<br>
Aurora Municipal Center, Suite 5300<br>
5151 East Alameda Parkway<br>
Aurora, Colorado  80012<br>
Telephone:  (303) 739-7030<br>
Facsimile:  (303) 739-7042<br>
E-mail:  pmorales@auroragov.org<br>
<br>
ATTORNEY FOR DEFENDANT<br>
DESHAZER (OFFICIAL CAPACITY)

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of September, 2008, I have served the foregoing *STIPULATED MOTION TO DISMISS ALL CLAIMS AGAINST DEFENDANT DESHAZER* to the following via e-mail:

Stephen R. Higgins, Esq.
shiggins@wsteele.com


/s/Maxine Gallegos
Maxine Gallegos

3