IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00355-RPM-MEH

LOREE MCCORMICK-RICE,
CASSIDY RICE, through her next friend Loree McCormick-Rice,

    Plaintiffs,

vs.

CHARLES DESHAZER, in his official and individual capacity,
DILLON COMPANIES, INC., d/b/a KING SOOPERS, INC.,
a Kansas corporation and
EARNEST SANDS,

    Defendants.

---

## ORDER OF DISMISSAL OF CHARLES DESHAZER

---

Upon consideration of the Stipulated Motion to Dismiss all Claims against Defendant Deshazer [66], filed on September 17, 2008, it is

ORDERED that all claims against Defendant Charles DeShazer are dismissed with prejudice, each party to pay their own costs and attorneys' fees.

DATED: September 17th, 2008

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge