IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00355-RPM

LOREE MCCORMICK-RICE,
CASSIDY RICE, through her next friend Loree McCormick-Rice,

    Plaintiffs,

vs.

CHARLES DESHAZER, in his official and individual capacity,
DILLON COMPANIES, INC., d/b/a KING SOOPERS, INC.,
a Kansas corporation and
EARNEST SANDS,

    Defendants.

---

## ORDER AMENDING CAPTION OF CASE

---

Pursuant to the Unopposed Motion to Amend Caption of Case [65] filed on September 17, 2008, it is

ORDERED that the motion is granted and the case is re-captioned: *"Loree McCormick-Rice and Cassidy Rice, Plaintiffs, v. The City of Aurora, Dillon Companies, and Earnest Sands, Defendants."*

DATED: September 17th, 2008

                                              BY THE COURT:

                                              s/Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior District Judge