IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-00355-RPM

LOREE MCCORMICK-RICE,
CASSIDY RICE, through her next friend Loree McCormick-Rice,

    Plaintiffs,

vs.

THE CITY OF AURORA,
DILLON COMPANIES, and
EARNEST SANDS,

    Defendants.

**Minute Order Entered by Senior Judge Richard P. Matsch:**


s/M. V. Wentz
 Secretary


    The parties having reach a settlement of this matter, the October 6, 2008, trial date is vacated.


Dated: September 19, 2008