UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00355-RPM

LOREE MCCORMICK-RICE,
CASSIDY RICE, through her next friend, Loree McCormick-Rice,

Plaintiffs,

v.

CITY OF AURORA, COLORADO,
DILLON COMPANIES, INC., d/b/a KING SOOPERS, INC.,
a Kansas Corporation and
EARNEST SANDS,

Defendants.

**STIPULATED MOTION TO DISMISS DEFENDANT CITY OF AURORA AND ORDER**

Plaintiffs Loree McCormick-Rice and Cassidy Rice, by their counsel of record, David A. Lane and Qusair Mohamedbhai, and Defendant City of Aurora, by its counsel of record, Charles H. Richardson and Peter Ruben Morales, hereby stipulate to the dismissal of the Defendant City of Aurora in the above-captioned matter, each party to bear its own costs. The parties also move the Court for an Order dismissing the Defendant City of Aurora.

DATED this ___ day of September, 2008.

**BY THE COURT:**

_____
Judge

**STIPULATED AND AGREED TO:**

s/ David A. Lane _____
David A. Lane, Esq.
Qusair Mohamedbhai, Esq
The Odd Fellows Hall
1543 Champa Street, Suite 400
Denver, Colorado 80202-2981
Telephone: (303) 571-1000
Facsimile: (303) 571-1001
 E-mail:  dlane@kilmerlane.com

(Attorneys for Plaintiffs Loree McCormick-Rice and Cassidy Rice)

s/ Peter Ruben Morales                          _____
Charles H. Richarson, Esq.
Peter Ruben Morales, Esq.
Office of the City Attorney
Aurora Municipal Center, Suite 5300
15151 East Alameda Parkway
Aurora, Colorado  80012
Telephone:  (303) 739-7030
Facsimile:  (303) 739-7042
E-mail:  pmorales@auroragov.org

(Attorney for Defendants City of Aurora)