IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00355-RPM-MEH

LOREE MCCORMICK-RICE,
CASSIDY RICE, through her next friend Loree McCormick-Rice,

    Plaintiffs,

vs.

CITY OF AURORA, COLORADO,
DILLON COMPANIES, INC., d/b/a KING SOOPERS, INC.,
a Kansas corporation and
EARNEST SANDS,

    Defendants.

---

## ORDER DISMISSING DEFENDANT CITY OF AURORA, COLORADO

---

Pursuant to the Stipulated Motion to Dismiss Defendant City of Aurora, filed September 22, 2008 [70], it is

ORDERED that all claims against Defendant City of Aurora are dismissed with each party to pay their own costs and attorneys' fees.

DATED: September 22nd, 2008

                BY THE COURT:

                s/ Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge