UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No. 07-cv-00355-RPM

LOREE MCCORMICK-RICE,
CASSIDY RICE, through her next friend, Loree McCormick-Rice,

Plaintiffs,

v.

CITY OF AURORA, COLORADO,
DILLON COMPANIES, INC., d/b/a KING SOOPERS, INC.,
a Kansas Corporation and
EARNEST SANDS,

Defendants.

---

**STIPULATED MOTION TO DISMISS DEFENDANTS DILLON COMPANIES, INC.,
ERNEST SANDS, COUNTERCLAIMS AND ORDER**

---

Plaintiffs Loree McCormick-Rice and Cassidy Rice, by their counsel of record, David A.

Lane and Qusair Mohamedbhai, and Defendants Dillon Companies, Inc. d/b/a King Soopers and

Ernst Sands by their counsel of record, James M. Meseck and Stephen R. Higgins, hereby

stipulate to the dismissal of all parties and all claims brought against each respective party,

including counter claims, each party to be responsible for their own costs and fees.

DATED this 22nd day of September, 2008.


**BY THE COURT:**


_____

Judge


**STIPULATED AND AGREED TO:**


s/ Qusair Mohamedbhai _____

David A. Lane, Esq.

Qusair Mohamedbhai, Esq

The Odd Fellows Hall

1543 Champa Street, Suite 400

Denver, Colorado 80202-2981

Telephone: (303) 571-1000

Facsimile: (303) 571-1001

E-mail:  dlane@kilmerlane.com


(Attorneys for Plaintiffs Loree McCormick-Rice and Cassidy Rice)


s/ James M. Meseck _____

James M. Meseck, Esq.

Stephen R. Higgins, Esq.

White and Steele, P.C.

600 17th Street, 600N

Denver, Colorado 80202

Telephone: (303) 296-2828

Facsimile: (303)296-3131

E-mail:  jmeseck@wsteele.com

       shiggins@wsteele.com


(Attorneys for Kings Soopers and Ernst Sands )