IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00355-RPM-MEH

LOREE MCCORMICK-RICE,
CASSIDY RICE, through her next friend Loree McCormick-Rice,

    Plaintiffs,

vs.

DILLON COMPANIES, INC., d/b/a KING SOOPERS, INC.,
a Kansas corporation and
EARNEST SANDS,

    Defendants.

## ORDER OF DISMISSAL

Upon consideration of the Stipulated Motion to Dismiss Defendants Dillon Companies, Inc., and Ernest Sands, [72], filed on September 22, 2008, it is

ORDERED that all parties and all claims brought against each respective party, including counter claims, are dismissed with prejudice, each party to pay their own costs and attorneys' fees.

DATED: September 22nd, 2008

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge